**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Jumio Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  80-0576822

4. **Debtor's address**

   **Principal place of business**
   268 Lambert Avenue
   Palo Alto, CA 94306
   Number, Street, City, State & ZIP Code

   Santa Clara
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  https://www.jumio.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

Debtor   **Jumio Inc.**                                                                                  Case number (*if known*)
         Name

**7. Describe debtor's business**   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   __5191__

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
   ■ No
   ☐ Yes.

   List all cases. If more than 1, attach a separate list
   Debtor _____                        Relationship to you _____
   District _____   When _____        Case number, if known _____

Debtor __Jumio Inc._____   Case number (*if known*)_____
         Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Jumio Inc.** _____  Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 21, 2016**
            MM / DD / YYYY

X  **/s/ Stephen Stuut**             **Stephen Stuut**
Signature of authorized representative of debtor      Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date  **March 21, 2016**
     MM / DD / YYYY

**Adam G. Landis**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 467-4400**     Email address  **landis@lrclaw.com**

**3407    Delaware**
Bar number and State

## JUMIO INC.
## SECRETARY'S CERTIFICATE

March 20, 2016

I, James Cook, certify that I am the Corporate Secretary and General Counsel of Jumio Inc., a Delaware corporation (the "Company") and am authorized to execute this Certificate on behalf of the Company.

Solely in my capacity as Corporate Secretary, I certify that:

Attached hereto as Exhibit 1 is a true copy of the resolutions unanimously adopted by the Board of Directors of the Company on March 20, 2016 and that such resolutions have not been altered, amended, or rescinded, and are still in full force and effect as at the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 20 day of March, 2016.

**JUMIO INC.**

*/s/ James Cook*

By: James Cook
Title: Corporate Secretary

# EXHIBIT 1

## ACTION BY THE BOARD OF DIRECTORS
## OF JUMIO INC.

### Adopted March 20, 2016

### Authorization for Filing Voluntary Petition Under
### Chapter 11 of the Bankruptcy Code and Related Matters

In accordance with Section 141(f) of the General Corporation Law of the State of Delaware, the Amended and Restated Certificate of Incorporation of Jumio Inc., and the Amended and Restated By-Laws of Jumio Inc., the undersigned Board Members (the "Board") of Jumio Inc., a Delaware corporation (the "Company"), hereby adopt the following resolutions (the "Resolutions"):

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is

**FURTHER RESOLVED**, that the Board Members, the Company's officers, and any other person designated and so authorized to act by a director or officer (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them is, authorized and empowered to obtain postpetition financing according to the terms which may be

negotiated by the management of the Company, including debtor-in-possession credit facilities or the use of cash collateral (the "DIP Financing"); and to enter into any guarantees and to pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such DIP Financing; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to enter into the Asset Purchase Agreement (the "Purchase Agreement") between the Company, Jumio Software Development GmbH, a company organized under the laws of Austria, and Jumio Acquisition, LLC, a Delaware limited liability company and any designees thereof, as purchaser, and each of the ancillary documents to be entered in to in connection therewith (the "Transaction Documents"), and to enter into the transactions and obligations contemplated by the Purchase Agreement and the Transaction Documents, subject to bankruptcy court approval in the Company's chapter 11 case; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Landis Rath & Cobb LLP as bankruptcy counsel to assist the Company in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") as special corporate counsel to perform specific legal services that will be necessary during the Company's chapter 11 case, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain WilmerHale as the Company's special corporate counsel; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain Sagent Advisors, LLC ("Sagent") as investment banker to the Company, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain Sagent as the Company's investment banker; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain Ernst & Young LLP ("EY") as financial advisor to the Company, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain EY as the Company's financial advisor; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Cooley LLP ("Cooley") as special SEC counsel to perform specific legal services that will be necessary during the Company's chapter 11 case, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain Cooley as the Company's special SEC counsel; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to retain Rust Omni Consulting ("Rust Omni") as claims and noticing agent, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain the services of Rust Omni as the Company's claims and noticing agent; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the chapter 11 case, the DIP Financing, the Purchase Agreement, the Transaction Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jumio Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Salesforce.com, Inc.<br>P.O. Box 203141<br>Dallas, TX<br>75320-3141 | Jarret Shaeffer<br>Fax: 415-901-7040<br>Email:<br>jarret.shaeffer@salesforce.com<br>Phone:<br>415-901-7000 | Trade Debt | | | | $138,000.00 |
| CMS Reich-Rohrwig Hainz<br>Gauermanngasse 2<br>1010 Vienna<br>Austria | Mogensen Raphaela Fax:<br>43-1-40443-92650<br>Email:<br>raphaela.mogensen@cms-rrh.com<br>Phone:<br>43-1-40443-0 | Professional Services | | | | $87,360.00 |
| LinkedIn<br>2029 Stierlin Ct.<br>Mountain View, CA<br>94043 | Samantha Carr<br>Fax: 650-429-2122<br>Email:<br>scarr@linkedin.com<br>Phone:<br>650-687-3600 | Trade Debt | | | | $26,589.00 |
| SkyParlour Ltd.<br>19 Spring Gardens<br>Manchester M2 1FB<br>UK | Calum Moore<br>Email:<br>accounts@skyparlour.com<br>Phone:<br>44-0-844-2939-764 | Trade Debt | | | | $25,790.00 |

Debtor   Jumio Inc.                                     Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Morgan Lewis Law 2 Palo Alto Square 3000 El Camino Real Suite 700 Palo Alto, CA 94306 | Andrew J. Gray IV Fax: 650-843-4001  Email: agray@morganlewis.com Phone: 650-843-4000 | Professional Services | | | | $21,156.00 |
| Money2020, LLC 317 Madison Avenue Suite 1717 New York, NY 10017 | Simran R. Aggarwal Fax:646-741-0086  Email: sales@money2020.com Phone: 212-682-8000 | Trade Debt | | | | $15,000.00 |
| Marketo, Inc. 901 Mariners Island Blvd. #200 San Mateo, CA 94404 | Roman Kreslavsky Fax: 650-376-2331  Email: rkreslavsky@marketo.com Phone:650-376-2331 | Trade Debt | | | | $14,774.00 |
| Hixson Nagatani 4655 Old Ironsides Drive Suite 420 Santa Clara, CA 95054 | Raymond Hixson Fax:408-727-6617  Email: info@hnemploymentlaw.com Phone: 408-486-9955 | Professional Services | | | | $12,949.00 |
| Dotted Line Communications, LLC 1047 Moraga Dr. Los Angeles, CA 90049 | Darcy Cobb Fax: 415-354-3393  Email: info@dottedlinecomm.com Phone: 310-472-8600 | Trade Debt | | | | $10,108.00 |
| Retail Knowledge 81 Oxford Street London W1D 2EU | Paul Bessant Fax:  Email: paul@retail-knowledge.com Phone: 44-0-207-100-3-999 | Trade Debt | | | | $9,193.00 |


Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  Jumio Inc.                                                  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TINDERBOX<br>54 Monument Circle<br>Suite #700<br>Indianapolis, IN 46204 | Ashley Schwab<br>Fax:<br>Email: ashley@gettinderbox.com<br>Phone: 317-550-0148 | Trade Debt | | | | $7,500.00 |
| INTELLIGENT ENVIRONMENTS EUROPE<br>Riverview House<br>20 Old Bridge Street<br>Kingston Upon Thames<br>Surrey KT1 4BU, UK | Randolph McFarlane<br>Fax:44-0-20-8614-9801<br>Email: rmcfarlane@intelligentenvironments.com<br>Phone: 44-0-20-8614-9800 | Trade Debt | | | | $5,418.00 |
| UBM Information Ltd.<br>Ludgate House<br>245 Blackfriars Road<br>London SE1 9UY, UK | Tomasz Niemkiewicz<br>Fax:43-6764-250916<br>Email: communications@ubm.com<br>Phone: 44-020-7921-8596 | Trade Debt | | | | $5,000.00 |
| theflow.cc<br>Schulz-Strassnitzki-Gasse<br>5/18<br>1090<br>Vienna, Austria | Wolf-Dieter Grabner Fax:<br>Email: studio@theflow.cc<br>Phone: 43-6764-250916 | Trade Debt | | | | $3,319.00 |
| Equinox Fitness Clubs<br>Attn: Corporate Accounts<br>P.O. Box 1774<br>New York, NY 10156-1774 | Chelsea Pepper<br>Fax:650-887-0405<br>Email: corpbilling@equinox.com<br>Phone: 650-319-1700 | Trade Debt | | | | $2,400.00 |
| CyberSource Corporation<br>P.O. Box 742842<br>Los Angeles, CA 90074-2842 | Melissa Carrasco<br>Fax: 801-492-6489<br>Email: sales@cybersource.com<br>Phone: 800-685-1460 | Trade Debt | | | | $1,980.00 |

Debtor  Jumio Inc.                                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INFORMATION SECURITY MEDIA GROUP CORP. 902 Carnegie Center Suite 430 Princeton, NJ 08540 | Diedra Johnson Fax: 732-875-1065 Email: djohnson@ismgcorp.com Phone: 609-356-1499 | Trade Debt | | | | $1,789.00 |
| JOBVITE INC. 1300 S. El Camino Real Suite 400 San Mateo, CA 94402 | Jeff Steiner Fax: Email: jeff.steiner@jobvite-inc.com Phone: 650-376-7200 | Trade Debt | | | | $1,650.00 |
| 15Five, Inc. 1355 Market Street San Francisco, CA 94103 | Stacey Hurst Fax: 601-510-3274 Email: support@15five.com Phone: 415-967-3483 | Trade Debt | | | | $1,536.00 |
| BambooHR, LLC 333 South 520 West Suite 200 Lindon, UT 84042-1911 | J. Smith Fax: Email: jsmith@bamboohr.com Phone: 866-387-9595 | Trade Debt | | | | $1,399.00 |

Fill in this information to identify the case:

Debtor name: **Jumio Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 21, 2016**    X /s/ Stephen Stuut
                                   Signature of individual signing on behalf of debtor

                                   **Stephen Stuut**
                                   Printed name

                                   **Chief Executive Officer**
                                   Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JUMIO INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-_____ (____) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the Debtor and Debtor-In-Possession (the "Debtor") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

| |
|---|
| Ampalu Investment GmbH<br>Lunaplatz 5-10<br>4030 Linz, Austria |
| Andreessen Horowitz Fund II, L.P.<br>2875 Sand Hill Road, Suite 101<br>Menlo Park, CA 94025 |

---

[1] The last four digits of the Debtor's tax identification number are 6822. The Debtor's corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

{1086.001-W0040877.}

Fill in this information to identify the case:

Debtor name: **Jumio Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    **Statement of Corporate Ownership Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 21, 2016**           X **/s/ Stephen Stuut**
                                              Signature of individual signing on behalf of debtor

                                              **Stephen Stuut**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor