# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUMIO INC.,[1] | Case No. 16-10682 (BLS) |
| Debtor. | |

### NOTICE OF FILING LIST OF KNOWN
### EQUITY SECURITY HOLDERS OF JUMIO INC.

PLEASE TAKE NOTICE that on March 25, 2016, Jumio Inc., the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed the attached List of Known Equity Security Holders of Jumio Inc., current as of March 21, 2016, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated: March 25, 2016
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

 */s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
Anne M. Steadman (No. 6221)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
         mumford@lrclaw.com
         brown@lrclaw.com

*Proposed Counsel to the Debtor and Debtor-In-Possession*

---

[1] The last four digits of the Debtor's tax identification number are 6822. The Debtor's corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

{1086.001-W0040932.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JUMIO INC.,[2] | Case No. 16-10682 (BLS) |
| Debtor. | |

## DECLARATION CONCERNING LIST OF KNOWN EQUITY SECURITY HOLDERS OF JUMIO INC.

I, Stephen Stuut, am an authorized officer of Jumio Inc., the debtor and debtor-in-possession in the above-captioned case (the "Debtor"), and declare under penalty of perjury that the attached "List of Known Equity Security Holders of Jumio Inc." current as of March 21, 2016 and filed on behalf of the Debtor, is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: March 25, 2016

/s/ Stephen Stuut
By: Stephen Stuut
Title: Chief Executive Officer of Jumio Inc.

---

[2] The last four digits of the Debtor's tax identification number are 6822. The Debtor's corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

| Name | Signatory | Physical Address[1] | Number of Common Shares | Number of Preferred Shares | Series A Warrants |
|---|---|---|---|---|---|
| 137 Ventures II, LP | Andy Lazlo | 49 Geary Street, Suite 500, San Francisco, CA 94108 | 5,263,158 | | |
| AH ANNEX FUND, L.P. | Scott Weiss | 2865 Sand Hill Road, Suite 101, Menlo Park, CA 94025 | | 7,766,555 | |
| AH PARALLEL FUND, L.P. | Scott Weiss | 2865 Sand Hill Road, Suite 101, Menlo Park, CA 94025 | | 2,551,999 | |
| Allure Investments LP | Seth Ure | 1512 Ridge Point Drive, Bountiful, Utah 84010-1052 | 42,000 | | |
| Amberbrook VI, LLC | Christopher Kim | 122 East 42nd Street, 37th Floor, New York, NY 10017 | 217,392 | | |
| Ampalu Investment GmbH | Daniel Mattes | Lunaplatz 5, 4020 Linz, Austria | 10,953,435 | | |
| Alexander Chew | Alexander Chew | 27 Balmoral Road #18-27, Singapore 259808 | 721,403 | | |
| Andreessen Horowitz Fund II, L.P. | Scott Weiss | 2865 Sand Hill Road, Suite 101, Menlo Park, 94025 | | 8,754,681 | |
| Ankit Goyanka | Ankit Goyanka | 308-311, 3rd Floor, Geetanjali Tower, Near Civil Lines Metro Station, Amjer Road, Jaipur-302006, India | 100,000 | | |
| Artar International Limited | Omran AlRashid | c/o Adam Crawley, 221 Pine Street, 6th Floor, San Francisco, CA 94104 | 326,086 | | |
| Marc Barach | Marc Barach | 1601 Leimert Blvd., Oakland, CA 94602 | 555,000 | | |
| Andreas Baumann | Andreas Baumann | Stegleiten 17A, 3400 Klosterneuburg, Austria | | 12,433 | |
| Benedikt Sagl | Benedikt Sagl | Muhlhaufelgassee 43 RH 12, 1220 Vienna, Austria | 5,000 | | |
| Bernd Bindreiter | Bernd Bindreiter | Zeisigstrasse 27, 4614 Marchtrenk, Austria | 6,667 | | |
| Bernd Schmidleitner | Bernd Schmidleitner | Kapuzinerstrasse 32, Linz Austria A-4020 | 40,000 | | |
| Bjorn Evers | Bjorn Evers | Angsvagen 5A, 131 41 Nacka, Sweden | - | | |
| Bloso Investments | Brian J Luck | Nean Wealth Advisors 3A St. Marks Place, London, W11 1NS UK | 3,973,520 | | |
| BRONSTEIN, FREDERICK | Fred Bronstein | 650 Madison Avenue, 18th Floor, New York, NY 10022 | 300,000 | | |
| Bronstein Ventures | Fred Bronstein | 650 Madison Avenue, 18th Floor, New York, NY 10022 | 229,630 | 511,129 | |
| Buttonwood Alpha Fund LLC | Stephan A. Stein | 30 Broad Street, 11th Floor New York, NY 10004 | 756,328 | | |
| Buttonwood Alpha QP Fund LLC | Stephan A. Stein | 30 Broad Street, 11th Floor New York, NY 10004 | 1,276,672 | | |
| Byong Gon Sung | Byong Gon Sung | 21 Delta Road, #13-01 Domain 21, Singapore 169813 | 36,070 | | 41,040 |
| Celadon Technology Fund II, LLC | Ryan Stroub | 221 Pine Street, 6th Floor, San Francisco, CA 94104 | 315,803 | | |
| Chad Starkey | Chad Starkey | 849 Starlite Ln., Los Altos, CA 94024 | 432,730 | 129,339 | |
| Charles Peter Bronstein | Charles Bronstein | 650 Madison Avenue, 18th Floor, New York, NY 10022 | 24,046 | | |
| Chasm Capital Fund Management LLC | Akshay Rustagi | 375 Park Avenue, Suite 2607, New York, NY 10152 | 12,500 | | |
| Chokhawala Family Trust | Amar Chokhawala | 14920 Vickery Ave., Saratoga, CA 95070 | | 20,000 | |
| Citi Ventures, Inc. | Ramneek Gupta | 260 Homer Ave, Suite 101, Palo Alto, CA 94301 | | 2,935,284 | |
| Citizen VC | Joseph Dempsey | 3335 Birch St, Palo Alto, CA 94306 | 423,261 | | |
| Eduardo Saverin | Eduardo Saverin | c/o 9 Raffles Place | #42-02 Republic Plaza | Singapore 048619 | Singapore | 2,885,613 | 14,514,702 | |
| Martin Ehrnhoefer | Martin Ehrnhoefer | Draschestrasse 24/Haus 10, Vienna 1230, Austria | 6,250 | | |
| Evers Invest AB | Bjorn Evers | Angsvagen 5A, 131 41 Nacka, Sweden | 545,000 | 473,347 | |
| Grubauer, Alexey | Alexey Grubauer | Stättermayergasse 28-30, 1150 Wien - Austria | 22,500 | | |
| Frederick Bronstein | Frederick Bronstein | 200 East 72nd Street, New York, NY 10021 | 300,000 | | |
| Veronika Famira | Veronika Famira | Barmherzigengasse 11, 1030 Vienna, Austria | 120,000 | | |
| Attila Gergely | Attila Gergely | Raiffeisenweg 24, A-4203 Altenberg bei, Linz, Austria | 77,221 | | |
| Gregor Famira | Gregor Famira | Barmherzigengasse 11, 1030 Vienna, Austria | 645,629 | 228,695 | |
| Patrick Griffin | Patrick Griffin | 136 Guerrero Street, Apt 301, San Francisco, CA 94103 | 332,500 | | |
| James Eli Bronstein | James Bronstein | 650 Madison Avenue, 18th Floor, New York, NY 10022 | 24,047 | | |
| Jasminder Singh | Jasminder Singh | 1550 Bay St., #145, San Francisco 94123 | | 71,187 | |
| Johan Penzenstadler | Johan Penzenstadler | Rappetsederweg 23, Austria 4040, Linz | | 250,000 | |
| J Tech Holdings, LLC | Seth Ure | 1512 Ridge Point Drive, Bountiful, Utah 84010-1052 | 472,000 | | |
| Jacqueline Fox | Jacqueline Fox | synergyfilms@yahoo.co.uk | 218,000 | | |
| Helmut Juskewycz | Helmut Juskewycz | Bachlbergweg 61, 4040 Linz, Austria | 39,998 | | |
| Vivek Kaul | Vivek Kaul | 910 Rich Ave.,#2 Mountain View, CA 94040 | 3,125 | | |
| Thomas Krump | Thomas Krump | Hundshamerstrabe 82, 4611 Buchkirchen, Austria | 14,166 | | |
| Kastenhofer, Thomas | Thomas Kastenhofer | Neusechoenauer Hauptstrasse 36, 4400 Steyr, Austria | 163,423 | | |
| KTI PRIVATSTIFTUNG | Thomas Kastenhofer | Neusechoenauer Hauptstrasse 36, 4400 Steyr, Austria | 2,403,238 | | |
| LIBER ARGENTUM ASSOCIATES, LLC | John V. Bivona, Esq. | 200 Park Ave., Suite 1700, New York, NY 10166-0001 | | 4,547,591 | |
| Maarten Linthorst | Maarten Linthorst | Mutzmalenstrasse 30, CH-8712 Staefa Switzerland | 40,000 | | |
| Markus Flandorfer | Markus Flandorfer | A-2231 Strasshof an der Nordbahn, Dr Stanislaus Nigl Strasse 1-15/Haus 17, Austria | 5,000 | | |
| Matthias Schillhuber | Matthias Schillhuber | m.schillhuber@gmail.com, no address given | 13,541 | | |
| Helmut Maurerbaur | Helmut Maurerbaur | Ambrosiusweg 7, 4501 Neuhofen/Krems, Austria | 40,000 | | |
| MAZZOLA, FRANK | Frank Mazzola | 600 E. Crescent Ave Suite 295, Upper Saddle River, NJ 07458 | - | | |
| Mokkagold International Limited | Omran AlRashid | c/o Adam Crawley, 221 Pine Street, 6th Floor, San Francisco, CA 94104 | 326,086 | | |
| Mysore Investments Ltd | Brian J Luck | Nean Wealth Advisors 3A St. Marks Place, London, W11 1NS UK | 338,454 | | |
| Michael Orlando | Michael Orlando | 3968 Welshland Street, Danville, CA 94506 | 185,000 | | |
| Pinnacle Ventures Debt Fund III, L.P. | Robert Savoie | 1600 El Camino Real, Suite 250, Menlo Park, 94025 | 115,331 | | |
| Pinnacle Ventures Debt Fund III-A, L.P. | Robert Savoie | 1600 El Camino Real, Suite 250, Menlo Park, 94025 | 11,757 | | |
| Pinnacle Ventures Equity Fund II, L.P. | Robert Savoie | 1600 El Camino Real, Suite 250, Menlo Park, 94025 | 3,038,800 | | |
| Pinnacle Ventures Equity Fund II-O, L.P. | Robert Savoie | 1600 El Camino Real, Suite 250, Menlo Park, 94025 | 1,365,258 | | |
| PVDF III-Legacy Holdings, L.P. | Robert Savoie | 1600 El Camino Real, Suite 250, Menlo Park, 94025 | 68,854 | | |
| Philipp Rakuschan | Philipp Rakuschan | Abtsdorf 107, 4864 Attersee, Austria | 20,000 | | |
| Red Dot Trust | Peng Tsin Ong (Trustee) | Office 8, Leverl 18-A, Jl. Hend. Sudirman Kav 52-53, Lot 28, SCBD, Jakarta 12190 Indonesia | 144,280 | | |

| | | | | | |
|---|---|---|---|---|---|
| Reinhard Hochrieser | Reinhard Hochrieser | Pillweinstrasse 7, 4020 Lina, Austria | 5,416 | | |
| Robert Oswald | Robert Oswald | Haupstrasse 31/7, 2353 Guntramsdorf, Austria | 46,700 | | |
| Markus Rumler | Markus Rumler | Anzbachgasse 77, A-1140 Vienna, Austria | 221,000 | | |
| Shurz Investment and Consulting GmbH | Harald Schuerz | Marc-Aurel-Strasse 10/16, 1010 Vienna, Austria | | 12,679 | |
| SAMIRANA INVESTMENT CORP. | Daniel Mattes | Lunaplatz 5, 4020 Linz, Austria | 360,000 | | |
| Sharespost 100 Fund | Sven Weber | 1370 Willow Road, Menlo Park, CA 94025 | 110,000 | | |
| Stephan Skrobar | Stephan Skrobar | Zauchen 68, 8983 Bad Mitterndorf, Austria | 80,000 | | |
| Thomas Jungreithmeir | Thomas Jungreithmeir | Palais Collalto, Am Hof 13/Stiege2/Dachgeschoss, A-1010 Vienna, Austria | | 20,869 | |
| TIBCO Software | Alex Kolar | 3303 Hillview Avenue, Palo Alto, CA 94304 | 144,280 | | |
| Turner Investment Fund XI, LLC | William Mello | c/o Scott Holcomb, The Holcomb Law Firm, LLC, 3399 Peachtree Road NE, Suite 400, Alanta, Georgia 3 | 1,550,924 | | |
| TJP Advisory & Management Svcs GmbH | Thomas Jungreithmeir | Palais Collalto, Am Hof 13/Stiege2/Dachgeschoss, A-1010 Vienna, Austria | 40,000 | | |
| Klaus Unger | Klaus Unger, MSc | Muenzgasse 3/40, 1030 Vienna, Austria | 46,666 | | |
| Thomas Willomitzer | Thomas Willomitzer | Buchfeldgasse 13/11, 1080 Vienna, Austria | 880,000 | | |
| Bettina Winters | Bettina Winters | Flat 7, 22-24 Bromells Road, London, SW4 0BG | 75,000 | | |
| | | Warrant Holders | | | |
| William Barkow | William Barkow | 52 Sneider Rd., Warren, NJ 07059 | | | 62,780 |
| John Bivona | John Bivona | 600 E. Crescent Ave Suite 295, Upper Saddle River, NJ 07458 | | | 303,685 |
| Christine Caridi | Christine Caridi | 600 E. Crescent Ave Suite 295, Upper Saddle River, NJ 07458 | | | 7,000 |
| Suzanne Cohn | Suzanne Cohn | | | | 2,000 |
| Joseph Dempsey | Joseph Dempsey | 2 Trefoil Pass, West Orange NJ, 07052 | | | 150,211 |
| Susan Diamond | Susan Diamond | 4793 Esedra Court #301, Lake Worth, Florida | | | 2,000 |
| Emilio DiSanluciano | Emilio DiSanluciano | 3335 Birch Street, Palo Alto CA 94306 | | | 339,846 |
| Frank Mazzola | Frank Mazzola | 600 E. Crescent Ave Suite 295, Upper Saddle River, NJ 07458 | | | 339,846 |
| Paul McCabe | Paul McCabe | 5528 Devon Road, Bethesda, MD 20814 | | | 15,000 |
| Steven Soler | Steven Soler | 600 E. Crescent Ave Suite 295, Upper Saddle River, NJ 07458 | | | 7,500 |
| Prima Capital Group | Elias Argyropoulos | Prima Ventures Group 1230 Coast Village Circle, Suite E, Santa Barabara, CA 93108 | | | 4,100 |
| | | Totals | 43,555,758 | 42,800,490 | 1,275,008 |

[1] Where no address is listed, the Debtor continues to search for a physical address for such individual or entity. To the extent the Debtor finds an address for such individual or entity, it will file an amended list.