IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JUMIO, INC.,[1] | ) Case No. 16-10682 (BLS) |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Ad Hoc Equity Committee, parties in interest in the above-captioned case, hereby appears by its counsel, K&L Gates LLP ("K&L Gates") and Pachulski Stang Ziehl & Jones LLP ("PSZJ").  K&L Gates and PSZ&J hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in this case.  K&L Gates and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related

---

[1] The last four digits of the Debtor's federal tax identification number are 6822.  The Debtors' corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

adversary proceeding, be given and served upon the Ad Hoc Equity Committee through service upon K&L Gates and PSZJ, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Michael B. Lubic<br>K&L Gates LLP<br>10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 552-5030<br>Facsimile: (310) 552-5001<br>Email: michael.lubic@klgates.com<br><br>and<br><br>John H Culver III<br>K&L Gates LLP<br>Hearst Tower, 47th Floor<br>214 North Tryon Street<br>Charlotte, NC 28202<br>Telephone: (704) 331-7453<br>Fascimile: (704) 353-3153<br>Email: john.culver@klgates.com<br><br>and<br><br>Sven T. Nylen<br>K&L Gates LLP<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br>Telephone: (312) 781-7235<br>Fascimile: (312) 345-9979<br>Email: sven.nylen@klgates.com | Laura Davis Jones<br>Jeffrey N. Pomerantz<br>Peter J. Keane<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: ljones@pszjlaw.com<br>            pkeane@pszjlaw.com<br>            jpomerantz@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served,

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Ad Hoc Equity Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Equity Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 30, 2016 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
jpomerantz@pszjlaw.com
pkeane@pszjlaw.com

and

K&L GATES LLP
Michael B. Lubic (CA Bar No. 122591)
John H. Culver III (NC Bar No. 17849)
Sven T. Nylen (IL Bar No. 6278148)
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Email: michael.lubic@klgates.com
john.culver@klgates.com
sven.nylen@klgates.com

Counsel to the Ad Hoc Equity Committee