**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                             Chapter 11

Jumio, Inc.

    Debtor-in-Possession              Case No.    16-10682-BLS

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )   Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest

(  )   Non-operating debtor-in-possession - - No creditor interest.

(  )   Application to convert to Chapter 7 or to dismiss pending.

(  )   Converted or dismissed.

(  ) Other:

                                              ANDREW R. VARA,
                                              **ACTING UNITED STATES TRUSTEE REGION THREE**

                                              /s/ David L. Buchbinder
                                              Thomas Patrick Tinker
                                              Assistant United States Trustee

DATED: March 31, 2016

Trial Attorney Assigned to Case:  David L. Buchbinder
Attorney for Debtor:  Kerri Mumford, Esq., Landis Rath & Cobb  LLP