IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JUMIO, INC.,[1] | ) | Case No. 16-10682 (BLS) |
| | ) | |
| Debtor. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey N. Pomerantz, of Pachulski Stang Ziehl & Jones LLP, to represent the ad hoc equity committee in the above-captioned action and any related adversary proceedings.

Dated: April 5, 2016                     PACHULSKI STANG ZIEHL & JONES LLP

/s/ *Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of the Debtor's federal tax identification number are 6822. The Debtors' corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the bar of the State of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of California and the U.S. Court of Appeals for the Ninth Circuit and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Jeffrey N. Pomerantz*
Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 227-6910
Facsimile: (310) 201-0760
E-mail: jpomerantz@pszjlaw.com

DE: 202353.1 73845/001