UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 16 – 10682 (BLS) |
| | ) | |
| Jumio, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor | | |

## GLOBAL NOTES REGARDING
## DEBTOR'S BANKRUPTCY SCHEDULES AND STATEMENTS

### General Notes

The Schedules of Assets and Liabilities (the **"Schedules"**) and Statements of Financial Affairs (the **"SOFAs"** and, collectively with the Schedules, the **"Bankruptcy Materials"**) of Jumio, Inc. in the above-captioned chapter 11 case (the "**Debtor**") were prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor, with the assistance of its professionals, and are unaudited. The Bankruptcy Materials do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles (**"GAAP"**), and they are not intended to be fully reconciled to the Debtor's financial statements. While Debtor's management has made reasonable efforts to ensure that the Bankruptcy Materials are accurate and complete, based upon information that was available to them at the time of preparation, subsequent information may result in material changes to the Bankruptcy Materials. Moreover, because the Bankruptcy Materials contain unaudited information which is subject to further review and potential adjustment, there can be no assurance that these Bankruptcy Materials are complete. The Debtor reserves all rights to amend the Bankruptcy Materials from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Bankruptcy Materials as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Bankruptcy Materials shall constitute a waiver of rights with respect to the above-captioned Chapter 11 case, including but not limited to any issues involving equitable subordination or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers. These global notes regarding the Debtor's Bankruptcy Materials (**"Global Notes"**)[1] comprise an integral part of the Bankruptcy Materials and should be referred to and considered in connection with any review of the Bankruptcy Materials.

On March 21, 2016 (the "**Petition Date**"), the Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor

---

[1] In the event that the Bankruptcy Materials differ from the Global Notes, the Global Notes shall control.

continues to operate its business and manage its affairs as a debtor in possession as authorized by sections 1107(a) and 1108 of the Bankruptcy Code.

Causes of Action. The Debtor, despite its efforts, may not have listed all of its causes of action against third parties as assets in the Bankruptcy Materials. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these Global Notes nor the Bankruptcy Materials shall be deemed a waiver of any such causes of action.

Claims Description. Any failure to designate a claim on the Debtor's Bankruptcy Materials as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute any claim reflected on its Bankruptcy Materials on any grounds, including but not limited to, amount, liability or classification, or to otherwise subsequently amend the Bankruptcy Materials or to designate such claims as "disputed," "contingent," or "unliquidated."

Claims Paid Pursuant to Court Orders. The United States Bankruptcy Court for the District of Delaware (the "Court") authorized the Debtor to pay discrete prepetition claims, including but not limited to, utility deposits, insurance payments, and certain employee, and employee related claims. Consequently, certain prepetition fixed, liquidated and undisputed unsecured claims listed may have been paid following the Petition Date.

Confidentiality. There may be instances within the Bankruptcy Materials where names and/or addresses have been suppressed. Contemporaneously herewith, the Debtor has filed the *Debtor's Motion for Entry of an Order Authorizing the Debtor to Redact and Seal Certain Commercially Sensitive Information in Schedule G, Schedule F, and SOFA 7*

Credits and Adjustments. The claims of individual creditors for, among other things, good, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoff with respect to the same.

Currency. All amounts are reflected in U.S. dollars, unless otherwise noted.

Deferred Revenue: Deferred revenue amounts represent cash received from or billings to customers in advance of performance on a contract. Deferred revenue reflects the amount of performance remaining on a customer contract and assumes the customer has paid in cash or will pay the advanced billing by due date. The Debtor has filed a motion with the Court and the Court has issued an order allowing the Debtor to continue performance on its contracts. Given the Debtor is performing and anticipates having the ability to continue performing its contracts, deferred revenue amounts are not deemed to

be claims particularly given the Order granted by the Court to allow continued performance on customer contracts.

Estimates and Assumptions.  The preparation of the Schedules and SOFAs required the Debtor to make certain estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates.

General Reservation of Rights.  Although the Debtor's management made reasonable efforts to ensure the Schedules and SOFAs are as accurate and complete as possible, based on the information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred.  Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification and potential adjustment, there can be no assurance that these Schedules and SOFAs are complete.

Nothing contained in the Schedules and SOFAs or these Global Notes shall constitute an admission or a waiver of any of the Debtor's rights to assert any claims or defenses. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority" or as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of any claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected on the Schedules and/or SOFAs. The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and SOFAs.

The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs as and to the extent necessary as they deem appropriate.

Insiders.   In the circumstance where the Bankruptcy Materials require information regarding insiders and/or officers and directors, the Debtor has attempted to include therein each of the Debtor's (a) directors and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including without limitation, federal securities laws, or with respect to any theories of liability or for any other purpose.

Leases.   In the ordinary course of business, the Debtor may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their businesses. The underlying lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to such issues.

Liabilities.  Unless otherwise indicated, al liabilities are listed as of the Petition Date.

Limitation of Liability.   The Debtor and its officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re- categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

Litigation.  The Debtor has made reasonable efforts to accurately record litigation reflected as claims against the Debtor in the Bankruptcy Materials if the Debtor was aware that is a party to the action as of the Petition Date.

Reporting Date.  The balances for assets and liabilities are as of February 29, 2016, other than Schedule A/B Part 1 and Schedule F which are as of March 20, 2016, as that was the most recent period available.

<u>Specific Notes</u>.  These Global Notes are in addition to the specific notes set forth below. Disclosure of information in any of the Schedules, SOFAs, exhibits, or continuation sheets even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

<u>Totals.</u>  All totals that are included in the Bankruptcy Materials represent totals of all the known amounts included in the respective schedule to which it relates.

<u>Trade Accounts Receivable and Accounts Payable.</u>  Accounts Receivable are presented without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtor, unless otherwise stated.  Likewise, Accounts Payable do not include provisions for open or terminated contracts, liquidated damages, setoff rights or collateral that has been posed on behalf of the counterparty.

<u>Valuation.</u>  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of the Petition Date are reflected on the Bankruptcy Materials.  Amounts ultimately realized will vary from net book value, and such variance may be material.  In addition, the amounts shown for total assets and total liabilities exclude items identified as "unknown" or "undetermined" therefore, ultimate assets and liabilities may differ materially from those stated in the Bankruptcy Materials.

<u>Recharacterization.</u>  The Debtor made all reasonable efforts to correctly characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs.  It is possible that certain items have been improperly characterized, classified, categorized or designated. In addition, certain items reported in the Schedules and SOFAs may be included in more than one category. The designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

**Notes to the Schedules of Assets and Liabilities**

<u>Schedule A/B Part 1. Checking, Savings and Other Financial Accounts.</u>  Bank account balances included in Part 1 are reflective of the ending book balances on March 20, 2016, which may differ slightly from the bank balances on such date due to common reconciling items.  The bank accounts have been listed in Part 1 of the Schedules only relate to the Debtor and do not relate to the Debtor's non-debtor subsidiaries or affiliated companies. The Debtor listed bank accounts that existed as of the Petition Date, however, the Debtor did close its Technology Credit Union account during the post-petition period and transferred the funds to its Silicon Valley Bank Operating account.

<u>Schedule A/B Part 3.  Accounts Receivable.</u>  Accounts receivables include amounts that have been billed in advance but are not due for potentially up to one year from the date

the billing invoice was generated. The due date is specific to the customer contract and generally is due just before the contract service period commences.

Schedule A/B Part 7, Office furniture, fixtures, and equipment; and collectibles: Includes net book value of the historical cost basis of all related property recorded on the Debtor's general ledger. The Debtor has a policy to expense any property purchased under $1000 and as such property may be held by the Debtor but is not listed on the Debtor's general ledger. The Debtor views the expensed real property as being de minimus to total value and would likely be fully depreciated as of February 29, 2016.

Schedule A/B Part 11, 72. Net Operating Losses: The Debtor has listed its net operating losses as of December 31, 2014. The Debtor has filed an extension to file its 2015 federal income taxes. Additional net operating losses may exist.

Schedule D. Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation and agreed order entered by the Bankruptcy Court that is, or becomes final, the Debtor reserves the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Schedule D includes known contractual secured obligations of the Debtor only and does not include possible mechanics' liens or other statutory liens that may be asserted against the Debtor's property. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.

Schedule E/F: Creditors Who Have Unsecured Claims. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While reasonable efforts have been made to determine the date upon which each claim in Schedule E/F was incurred or arose, making all such determinations would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

The Debtor reserves the right to assert that any claim listed on Schedule E does not constitute an unsecured priority claim under 11 U.S.C. § 507. Additionally, the Debtor has excluded current employee related claims as claims are anticipated to be satisfied in the ordinary course.

Additionally, the dollar amounts of claims listed on Schedule E/F may be exclusive of contingent and additional unliquidated amounts. Further, the claims of certain creditors for, among other things, merchandise, goods, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due

from such creditors to the applicable Debtor. The Debtor reserves all of their rights with respect to any such credits and allowances.

In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9). The Debtor has made efforts to include all known trade creditors on Schedule F; however, the Debtor believes there are instances where vendors have yet to provide proper invoices for prepetition goods.

Schedule G: Executory Contracts.  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor reserves all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Confidentiality agreements have been excluded from Schedule G.

In the ordinary course of business, the Debtor has entered into numerous agreements, both written and oral, regarding the provision of certain services on a month-to-month basis, including electricity, gas, water and telephone. The Debtor does not believe that such contracts constitute executory contracts and therefore, such agreements are not listed individually on Schedule G. Nevertheless, the Debtor reserves the right to assert that such agreements constitute executory contracts.

In some cases, the same supplier or provider may have multiple agreements listed in Schedule G. These agreements represent distinct agreements between the Debtor and such supplier or provider, and will be listed as multiple contracts under the same counterparty.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtor reserves all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement)

related to a creditor's claims.  Finally certain of the executory agreements may not have been memorialized and could be subject to dispute.

Listing a contract or agreement on this schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  Any and all of the Debtor's rights, claims, and causes of action with respect to the contracts and agreements listed on this schedule are hereby reserved and preserved.  Similarly, the listing of a contract or lease on this schedule does not constitute admission that such document is not a secured financing.

**Notes to the Statements of Financial Affairs**

SOFA 3: Payments to Creditors:  The disbursements listed in SOFA 3 do not include subsidiary cash transactions.

SOFA 13: Transfers not already listed:  The investigation with respect to any transfers of property or money is still ongoing.  The Debtor reserves the right to supplement or amend this statement based on results of the investigation.

SOFA 26a: Bookkeepers.  The list of accounting staff includes accounting personnel employed by temp/contractor service providers, who may occasionally manage the books and records for the Debtor.

SOFA 26d: Financial Statement Issuance.  The Debtor does not issue public financial statements.  The Debtor uploaded restated financial statements to a virtual dataroom in September 2015 and provided all stockholders with access to the virtual dataroom.  While stockholders may have accessed these restated financial statements, they are not listed on SOFA 26d.  Additionally, the Debtor may have distributed financial statements and other financial information to prospective competitive bidders before and after the Petition Date.  These prospective bidders are not listed in this schedule.

***END OF GLOBAL NOTES***

***SCHEDULES AND SOFAS BEGIN ON THE FOLLOWING PAGE***

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Jumio, Inc.

United States Bankruptcy Court for the:    Delaware

Case number (If known):    16 - 10682 (BLS)

❑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* ................................................................    $ 0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B* ............................................................    $ 62,047,531.96

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* ..............................................................    $ 62,047,531.96

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........    $ 15,765,819.08

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................    $ Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................    + $ 542,623.50

4. **Total liabilities** .........................................................................................................    $ 16,308,442.58
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Jumio, Inc.___

United States Bankruptcy Court for the District of ___Delaware___
                                                        (State)

Case number (if known): ___16 - 10682 (BLS)___

☐ Check if this is an
  amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amount from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Exhibit to Schedule A/B 3 | | | $ 2,124,589.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 2,124,589.00

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See Exhibit to Schedule A/B 7 | $ 88,894.27 |
| 7.2. | $ |

**Jumio Inc**
*Exhibit to Schedule A/B 3*

| Name of Institution | Account Type | Account Number | Currency | Book Balance as of Petition Date |
|---|---|---|---|---|
| Silicon Valley Bank | Operating | 1885 | USD | 1,297,077.66 |
| Silicon Valley Bank | Payroll | 1035 | USD | 81,189.43 |
| Silicon Valley Bank | Foreign USD | 3293 | USD | 138,255.10 |
| Silicon Valley Bank | Foreign GBP | 3277 | GBP | 430.11 |
| Silicon Valley Bank | Foreign EUR | 3285 | EUR | 7,636.70 |
| Technology Credit Union | Savings | 3739 | USD | 25.00 |
| Technology Credit Union | Checking | 3739 | USD | 599,975.00 |

**Jumio Inc**
*Exhibit to Schedule A/B 7*

| Name of Institution | Description | Amount |
|---|---|---|
| i2 Office | Rent Deposit | 44,508.94 |
| Lambert Street Associates | Lease Agreement Security Deposit | 40,000.00 |
| Sterling Health | Initial Funding for FSA | 4,385.33 |

Debtor    Jumio, Inc.
          Name                                                    Case number (if known)    16 - 10682 (BLS)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1.    See Exhibit to Schedule A/B 8 _____    $    763,152.30

    8.2. _____    $ _____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                               | $    852,046.57 |

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    4,227,901.61 _____   –   _____   = ........→   $    4,227,901.61
                                 face amount               doubtful or uncollectible accounts

    11b. Over 90 days old:       _____   –   _____   = ........→   $ _____
                                 face amount               doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          | $    4,227,901.61 |

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | 15.1. Goyanka Technologies LTD | 51 % | | $ Unknown |
    | 15.2. Jumio GmbH | 100 % | | $ Unknown |
    | 15.3. Jumio Holdings | 50 % | | $ Unknown |
    | 15.4. _____ | ____ % | | $ _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                             | $    0.00 |

**Jumio Inc**
*Exhibit to Schedule A/B 8*

| Name of Institution | Description | Amount |
|---|---|---|
| Anthony Lanham | Prepaid Service | 83,254.01 |
| Anthony Lanham | Prepaid Service | 43,590.00 |
| Anthony Lanham | Prepaid Service | 14,633.16 |
| Anthony Lanham | Prepaid Service | 36,428.16 |
| AON - CRIME -  12/17/15 - 12/17/16 | Prepaid Insurance | 7,033.33 |
| AON Risk Services-D&O Ins 12/2015 - 11/2016 | Prepaid Insurance | 24,159.75 |
| Chubb Insurance - Auto | Prepaid Insurance | 139.25 |
| Chubb Insurance - Customarq Package | Prepaid Insurance | 2,274.00 |
| Chubb Insurance - Umbrella | Prepaid Insurance | 694.50 |
| Cirrus Insight Annual Subscription | Prepaid Service | 3,790.50 |
| COOLEY LLP | Retainer | 100,000.00 |
| Grant  Lyon | Retainer fee for director services | 25,000.00 |
| Landis Rath & Cobb LLP | Retainer | 25,000.00 |
| Landis Rath & Cobb LLP | Retainer for Project Jewel | 125,000.00 |
| LinkedIn - sales exec upgrade JAN-MAR 2016 | Prepaid Service | 949.37 |
| Money 20/20 tradeshow - booth | Prepaid Service | 12,564.23 |
| Money 20/20 tradeshow - misc | Prepaid Service | 5,449.04 |
| The Hartford Worker Comp Insurance | Prepaid Insurance | 3,193.00 |
| WilmerHale | Retainer Fee for Legal Services | 25,000.00 |
| WilmerHale | Retainer Fee for Legal Services | 225,000.00 |

Debtor    Jumio, Inc.
          Name                                                                          Case number (if known)    16 - 10682 (BLS)

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
|  | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
|  | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                         $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
|  | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
|  | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
|  | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
|  | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
|  | $ | | $ |

---

Debtor    Jumio, Inc.
_____
Name

Case number (if known)    16 - 10682 (BLS)

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Misc. Office Furniture | $ 0.00 | Net Book Value | $ 0.00 |
| 40. **Office fixtures** | | | |
| Misc. Office Fixtures | $ 0.00 | Net Book Value | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Exhibit to Schedule A/B 41 | $ 32,055.00 | Net Book Value | $ 32,055.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 32,055.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Jumio Inc**
*Exhibit to Schedule A/B 41*

| Equipment | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 15 INCH FLAT SCREEN PURCHASED SERIAL # C02Q44KPG8WM | 3,276.50 | Net Book Value | 3,276.50 |
| APPLE LAPTOP | 1,671.23 | Net Book Value | 1,671.23 |
| MACBOOK AIR 13-INCH | 2,107.26 | Net Book Value | 2,107.26 |
| Software | 25,000.00 | Net Book Value | 25,000.00 |
| Ricoh Aficio MP C2003 | - | Net Book Value | - |
| Dell Latitude E6540 Notebook | - | Net Book Value | - |
| Dell Latitude E6540 Notebook | - | Net Book Value | - |
| Dell XPS 13.3 Touchscreen laptop | - | Net Book Value | - |
| Dell XPS 13.3 Touchscreen laptop | - | Net Book Value | - |
| IMAC 27" | - | Net Book Value | - |
| Dell XPS 13.3 Touchscreen laptop | - | Net Book Value | - |
| Apple Macbook Pro 15.4 inch retina display | - | Net Book Value | - |
| 2 Dell XPS 15.3 Touchscreen laptop | - | Net Book Value | - |
| Apple Macbook Pro 15.4 inch retina display | - | Net Book Value | - |
| Intel Core i7-5960X | - | Net Book Value | - |
| (6) Intel Core i7-5960X | - | Net Book Value | - |
| Dell IPS Touchscreen Notebook | - | Net Book Value | - |
| 2 Apple Macbook Pro | - | Net Book Value | - |
| Dell ALX | - | Net Book Value | - |
| 2 Apple Macbook Pro | - | Net Book Value | - |
| 2 Apple Macbook Pro | - | Net Book Value | - |
| Apple Macbook Pro | - | Net Book Value | - |
| Apple Macbook Pro | - | Net Book Value | - |
| Dell Ultra HD 5K monitor | - | Net Book Value | - |
| PC | - | Net Book Value | - |
| Miscellaneous office equipment | - | Net Book Value | - |

Debtor    Jumio, Inc.
          Name                                                          Case number (if known)    16 - 10682 (BLS)

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|--------|-------------|------------------------|------------------|
|        | Name        |                        |                  |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 CA Location - 268 Lambert Ave, Palo Alto, CA 94306<br>UK Location | Office lease | $  0.00 | Net Book Value | $  0.00 |
| 55.2 45 King William Street, London EC4R 9AN, UK | Office lease | $  0.00 | Net Book Value | $  0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $  0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>   See Exhibit to Schedule A/B 60 | $  0.00 | Net Book Value | $  0.00 |
| 61. **Internet domain names and websites**<br>   www.jumio.com | $  0.00 | Net Book Value | $  0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $  0.00 |
|---|

**Jumio Inc**
*Exhibit to Schedule A/B 60*

| Asset Description | Type | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|
| Internet Payment Systmen Using Credit Card Imaging - 002396-5002-US; No. 13/275203 | Patent | - | NA | Unknown |
| Mobile Phone Payment System Using Integrated Camera Credit Card Reader - 002396-5001-US; No. 12/502269; 9269010 | Patent | - | NA | Unknown |
| Mobile System Having Credit Card Process Function - KR20020011052 | Patent | - | NA | Unknown |
| The End of Cash Coalition - No. 85209897 | Patent | - | NA | Unknown |
| Credit Card Payment by Mobile Phone - WO 03/047208 | Patent | - | NA | Unknown |
| Mobile Phone Payment System Using Integrated Camera Credit Card Reader - US 2010/0008535 | Patent | - | NA | Unknown |
| Method and System for Obtaining and Using Identification Information - US 13/8375999 | Patent | - | NA | Unknown |
| Verification of Online Transactions - No. 13/750969 | Patent | - | NA | Unknown |
| Verification of Online Transactions - No. 13/755622 | Patent | - | NA | Unknown |
| Image Processing for Credit Card Validation - No. 13753752.8 | Patent | - | NA | Unknown |
| Image Processing for Credit Card Validation - No. 13/968164 | Patent | - | NA | Unknown |
| Method and System for Obtaining and Using Identification Information - 2972984 | Patent | - | NA | Unknown |
| Method and System for Obtaining and Using Identification Information - 14/149949 | Patent | - | NA | Unknown |
| Method and System for Obtaining and Using Identification Information - 14/0279519 | Patent | - | NA | Unknown |
| A Mass Social Experiment - No. 9627639 | Trademark | - | NA | Unknown |
| No Cash Day - No. 85203017 | Trademark | - | NA | Unknown |
| Express Video Checkout - No. 85247876 | Trademark | - | NA | Unknown |
| Jumio - No. 85102367 | Trademark | - | NA | Unknown |
| Your Money Wants to Be Free - No. 85102376 | Trademark | - | NA | Unknown |
| Netswipe - No. 85277173 | Trademark | - | NA | Unknown |
| Netswipe: The online card present transaction | Trademark | - | NA | Unknown |
| Bam Checkout - EU No. 013850797 | Trademark | - | NA | Unknown |
| Bison - EU No. 013339684 | Trademark | - | NA | Unknown |
| DNS For People - EU No. 12696746 | Trademark | - | NA | Unknown |
| Fastfill - EU 013121314 | Trademark | - | NA | Unknown |
| Jumio - EU 010234797 | Trademark | - | NA | Unknown |
| Jumio - Mobile Card Present Payments - EU No. 12815759 | Trademark | - | NA | Unknown |
| Jumio - World's First Mobile Card Present Payment - EU No. 12815825 | Trademark | - | NA | Unknown |
| Jumio Credentials as a Service - EU 12840203 | Trademark | - | NA | Unknown |
| Jumio One Click Sign Up - EU No. 12840153 | Trademark | - | NA | Unknown |
| netSwipe - EU No. 010218311 | Trademark | - | NA | Unknown |
| NetVerify (stylized) - EU No. 011448008 | Trademark | - | NA | Unknown |
| Bam Checkout - US No. 86401170 | Trademark | - | NA | Unknown |
| Fastfill - US 86179225 | Trademark | - | NA | Unknown |
| Jumio - US 4195166 | Trademark | - | NA | Unknown |
| netSwipe - US No. 4145189 | Trademark | - | NA | Unknown |
| NetVerify (stylized) - US No. 4155691 | Trademark | - | NA | Unknown |
| NetVerify (stylized) - US No. 4382423 | Trademark | - | NA | Unknown |
| NetVerify (stylized) - US No. 4382426 | Trademark | - | NA | Unknown |
| Credentials as a Service | Trademark | - | NA | Unknown |

Debtor    Jumio, Inc.
          Name                                                    Case number (if known)    16 - 10682 (BLS)

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____ _____ − _____ = → $ _____
                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Federal Tax NOL | Tax year | 2014 | $ 54,779,362.00 |
| | Tax year | | $ _____ |
| | Tax year | | $ _____ |

73. **Interests in insurance policies or annuities**
_____
$ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See Exhibit to Schedule A/B 74
$ 31,577.78
Nature of claim       _____
Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
$ _____
Nature of claim       _____
Amount requested    $ _____

76. **Trusts, equitable or future interests in property**
_____
$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____
$ _____
_____
$ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
$ 54,810,939.78

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Jumio Inc**
*Exhibit to Schedule A/B 74*

| Third Party | Nature of Claim | Amount |
|---|---|---|
| HYLITE MARKETING INC. | Checks relating to pre-petition obligations which cleared post-petition | 3,037.50 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | Checks relating to pre-petition obligations which cleared post-petition | 187.78 |
| JUMP START TECHNOLOGY, INC. | Checks relating to pre-petition obligations which cleared post-petition | 15,000.00 |
| Polaris Building Maintenance, Inc. | Checks relating to pre-petition obligations which cleared post-petition | 595.00 |
| Xcel Search Group, Inc. | Checks relating to pre-petition obligations which cleared post-petition | 12,757.50 |

Debtor    Jumio, Inc.
          _____    Case number (if known)____16 - 10682 (BLS)____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,124,589.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 852,046.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,227,901.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 32,055.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 54,810,939.78 | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 62,047,531.96 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................    $ 62,047,531.96

**Fill in this information to identify the case:**

Debtor name ___Jumio, Inc.___

United States Bankruptcy Court for the District of ___Delaware___

Case number (If known): ___16 - 10682 (BLS)___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

Eduardo Saverin

Creditor's mailing address

Attn Peter M Gilhuly, 355 South Grand Avenue

Los Angeles, CA 90071-1560

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

All assets, tangible and intangible.          $ 15,765,819.08     $ _____

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☒ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

 ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____     $ _____     $ _____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 15,765,819.08

**Fill in this information to identify the case:**

Debtor _____Jumio, Inc._____

United States Bankruptcy Court for the District of ___Delaware___

Case number _____16 - 10682 (BLS)_____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Alabama Department of Revenue<br>50 North Ripley Street, Montgomery, AL 36104 | $ Unknown | $ Unknown |

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| **2.2** | Priority creditor's name and mailing address<br>Alaska Department of Revenue<br>PO Box 110400, Juneau, AK 99811-0400 | $ Unknown | $ Unknown |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| **2.3** | Priority creditor's name and mailing address<br>Arizona Department of Revenue<br>PO Box 29086, Phoenix, AZ 85038-9086 | $ Unknown | $ Unknown |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred** _____

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.4   Priority creditor's name and mailing address

Arkansas Department of Finance and Administration
1509 West 7th Street, Little Rock, AR 72201

**As of the petition filing date, the claim is:**
Check that apply‡
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Total claim: $ Unknown    Priority amount: $ Unknown

---

### 2.5   Priority creditor's name and mailing address

California Board of Equalization (Sales and Use Tax)
P.O. Box 942879, Sacramento, CA 94279

**As of the petition filing date, the claim is:**
Check all that apply‡
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Total claim: $ Unknown    Priority amount: $ Unknown

---

### 2.6   Priority creditor's name and mailing address

California Employment Development Department (Payroll Taxes)
P.O. Box 826880, Sacramento, CA 94280-0001

**As of the petition filing date, the claim is:**
Check all that apply‡
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Total claim: $ Unknown    Priority amount: $ Unknown

---

### 2.7   Priority creditor's name and mailing address

Colorado Department of Revenue
PO Box 17087, Denver, CO 80217-0087

**As of the petition filing date, the claim is:**
Check all that apply‡
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Total claim: $ Unknown    Priority amount: $ Unknown

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Connecticut Department of Revenue

25 Sigourney St., Ste 2, Hartford, CT 06106-5032

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.9** Priority creditor's name and mailing address

County of Santa Clara SCC Tax Collector

County Government Center East Wing,

70 West Hedding Street, San Jose, CA 95110-1767

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.10** Priority creditor's name and mailing address

Delaware Division of Revenue

820 North French Street, Wilmington, DE 19801

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.11** Priority creditor's name and mailing address

Florida Department of Revenue

5050 West Tennessee Street, Tallahassee, FL 32399

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

Debtor    Jumio, Inc.
_____Name_____

Case number (if known)   16 - 10682 (BLS)

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Georgia Department of Revenue
1800 Century Boulevard, NE, Atlanta, GA 30345

$ Unknown        $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Potential Tax Claim
_____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.13** Priority creditor's name and mailing address

Idaho State Tax Commission
PO Box 36, Boise ID 83722-0410

$Unknown        $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Potential Tax Claim
_____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.14** Priority creditor's name and mailing address

Illinois Department of Revenue
100 West Randolph Street, Chicago, Illinois 60601-3274

$Unknown        $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Potential Tax Claim
_____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.15** Priority creditor's name and mailing address

Indiana Department of Revenue
PO Box 7206, Indianapolis, IN 46207-7206

$Unknown        $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Potential Tax Claim
_____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address

Iowa Department of Revenue

Hoover State Office Building,

1305 E. Walnut, Des Moines, IA 50319

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Potential Tax Claim

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.17** Priority creditor's name and mailing address

Kansas Department of Revenue

915 SW Harrison Street, Topeka, KS 66612-1588

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Potential Tax Claim

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.18** Priority creditor's name and mailing address

Louisiana Department of Revenue

PO Box 201, Baton Rouge, LA 70821-0201

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Potential Tax Claim

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.19** Priority creditor's name and mailing address

Maine Revenue Services

PO Box 9107, Augusta, ME 04332-9107

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Potential Tax Claim

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown    $ Unknown

Debtor   Jumio, Inc.
         Name                                                    Case number (if known)   16 - 10682 (BLS)

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20** Priority creditor's name and mailing address

Maryland Office of the Comptroller

301 West Preston Street, Room 206,

Baltimore, Maryland 21201

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.21** Priority creditor's name and mailing address

Massachusetts Department of Revenue

PO Box 7010,  Boston, MA 02204

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.22** Priority creditor's name and mailing address

Michigan Department of Treasury

Michigan Department of Treasury, Lansing, Michigan 48922

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.23** Priority creditor's name and mailing address

Minnesota Department of Revenue

600 North Robert St., St. Paul, MN 55101

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

Mississippi Department of Revenue

PO Box 22808 , Jackson, MS 39225-2808

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

$ Unknown          $ Unknown

---

**2.25** Priority creditor's name and mailing address

Missouri Department of Revenue

Harry S. Truman State Office Building,

301 West High Street, Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

$ Unknown          $ Unknown

---

**2.26** Priority creditor's name and mailing address

Montana Department of Revenue

Sam W. Mitchell Building,

125 N. Roberts, 3rd Floor, Helena, Montana 59604

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

$ Unknown          $ Unknown

---

**2.27** Priority creditor's name and mailing address

Nebraska Department of Revenue

PO Box 98912, Lincoln NE 68509-8912

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

$ Unknown          $ Unknown

Debtor    Jumio, Inc.
                Name

Case number (if known)   16 - 10682 (BLS)

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.28** Priority creditor's name and mailing address

Nevada Department of Taxation

555 E. Washington Ave, Suite 1300, Las Vegas, NV 89101

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ Unknown
Priority amount: $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☒ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.29** Priority creditor's name and mailing address

New Hampshire Department of Revenue

PO Box 457, Concord, NH  03302-0457

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ Unknown
Priority amount: $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.30** Priority creditor's name and mailing address

New Jersey Department of Treasury

N.J. Division of Taxation, Bankruptcy Section,

PO Box 245, Trenton, N.J. 08695-0245

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ Unknown
Priority amount: $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.31** Priority creditor's name and mailing address

New Mexico Taxation and Revenue Department

1100 South St. Francis Drive, Santa Fe, NM 87504

As of the petition filing date, the claim is:
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ Unknown
Priority amount: $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.32** **Priority creditor's name and mailing address**

New York Department of Taxation and Finance,

Bankruptcy Section,

PO Box 5300, Albany NY 12205-0300

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Potential Tax Claim
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.33** **Priority creditor's name and mailing address**

North Carolina Department of Revenue

P.O. Box 25000, Raleigh, North Carolina, 27640-0640

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Potential Tax Claim
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.34** **Priority creditor's name and mailing address**

North Dakota Department of Revenue

Office of State Tax Commissioner,

600 E. Boulevard Ave., Bismarck, ND  58505-0599

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Potential Tax Claim
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.35** **Priority creditor's name and mailing address**

Ohio Department of Taxation

P.O. Box 530, Columbus, Ohio 43216-0530

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Potential Tax Claim
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

Debtor    Jumio, Inc.
          Name
Case number (if known)    16 - 10682 (BLS)

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim | Priority amount

---

**2.36** Priority creditor's name and mailing address

Oklahoma Tax Commission

2501 North Lincoln Boulevard, Oklahoma City, OK 73194

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.37** Priority creditor's name and mailing address

Oregon Department of Revenue

955 Center Street NE, Salem, OR 97301-2555

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.38** Priority creditor's name and mailing address

Pennsylvania Department of Revenue

Bureau of Business Trust Fund Taxes

PO Box 280901, Harrisburg PA 17128-0901

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.39** Priority creditor's name and mailing address

Rhode Island Division of Taxation

One Capitol Hill, Providence, RI 02908

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

| Debtor | Jumio, Inc. | Case number *(if known)* | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40** Priority creditor's name and mailing address

South Carolina Department of Revenue

300A Outlet Pointe Boulevard, Columbia, SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.41** Priority creditor's name and mailing address

South Dakota Department of Revenue

445 E Capitol Avenue, Pierre, SD 57501

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.42** Priority creditor's name and mailing address

State of California Franchise Tax Board

PO Box 942857, Sacramento, CA 94257-0531

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.43** Priority creditor's name and mailing address

Tennessee Department of Revenue

500 Deaderick Street , Nashville, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply,*
☒ Contingent
☒ Unliquidated
☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor    Jumio, Inc.
          _____    Case number (if known)   16 - 10682 (BLS)
          Name

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.44    Priority creditor's name and mailing address

$ Unknown          $ Unknown

Texas Comptroller
Texas Comptroller of Public Accounts,
P.O. Box 13528, Capitol Station, Austin, Texas 78711-3528

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

### 2.45    Priority creditor's name and mailing address

$ Unknown          $ Unknown

Utah Tax Commission
210 North 1950 West, Salt Lake City, UT 84134-3310

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

### 2.46    Priority creditor's name and mailing address

$ Unknown          $ Unknown

Vermont Department of Taxes
133 State Street, Montpelier, VT 05633

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

### 2.47    Priority creditor's name and mailing address

$ Unknown          $ Unknown

Virginia Department of Taxation
Office of Customer Services,
P.O. Box 1115, Richmond, VA 23218-1115

**As of the petition filing date, the claim is:**
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Debtor    __Jumio, Inc._____    Case number (if known)__16 - 10682 (BLS)____
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address

Washington Department of Revenue

Taxpayer Account Administration,

PO Box 47476, Olympia, WA 98504-7476

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.49** Priority creditor's name and mailing address

West Virginia Department of Revenue

Taxpayer Services, 1206 Quarrier Street,

Charleston, WV 25301

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.50** Priority creditor's name and mailing address

Wisconsin Department of Revenue

P.O. Box 8902, Madison, WI 53708

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.51** Priority creditor's name and mailing address

Wyoming Department of Revenue

122 West 25th Street, 2nd Floor West,

Cheyenne, Wyoming 82002-0110

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
Check all that apply,
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Potential Tax Claim

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

15Five, Inc.

1355 Market St, San Francisco, CA 94103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 88.44

---

**3.2** Nonpriority creditor's name and mailing address

Adil Hassan

45 King William Street, London EC4R 9AN, United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 103.76

---

**3.3** Nonpriority creditor's name and mailing address

AIA

PO Box 31001-1900, Pasadena, CA 91110-1900

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,018.75

---

**3.4** Nonpriority creditor's name and mailing address

AMBERJACKB2B

The Old Dairy  Brewer Street, Bletchingley, Surrey RH1 4QP, U.K.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 677.21

---

**3.5** Nonpriority creditor's name and mailing address

Armanino

PO Box 398285, San Francisco, CA 94139-8285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,725.00

---

**3.6** Nonpriority creditor's name and mailing address

Astrid Pons

Wellmeadow Lodge 24 Wellmeadow Road, London W7 2AL, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 121.52

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|--------|-------------|------------------------|------------------|
|        | Name        |                        |                  |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Baker & McKenzie, LLP

660 Hansen Way, Palo Alto, CA 94304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,220.55

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

BambooHR, LLC

333 South 520 West Suite 200, Lindon, Utah 84042-1911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,157.79

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Calibre One Inc.

55 2nd Street Suite 525, San Francisco, CA 94105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 247.84

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

██████████████████

██████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,767.74

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

City of Palo Alto

PO Box 7026, San Francisco, CA 94120-7026

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,095.97

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Jumio, Inc.
          Name

Case number (if known)   16 - 10682 (BLS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**  Nonpriority creditor's name and mailing address

CMS Reich-Rohrwig Hainz

Gauermanngasse 2, 1010 Vienna, Austria

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

$ 92,403.45

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.13**  Nonpriority creditor's name and mailing address

Comcast

PO Box 34744, Seattle, WA 98124-1744

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$ 333.66

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

Contracting4U

6 Malcolm Close, Locks Heath, Southampton SO31 6QZ UK

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$ 4,517.98

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

Corporate Traveler

222 Kearny Street, Suite 304, San Francisco, CA 94108

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$ 1,250.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

CyberSource Corporation

PO Box 742842, Los Angeles, CA 90074-2842

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services

$ 1,980.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Deloitte Tax LLP

225 West Santa Clara Street, San Jose, CA 95113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,080.00

---

**3.18** Nonpriority creditor's name and mailing address

Digital Gurus Recruitment Ltd

10 East Road Linen Court, 2nd Floor, London N1 6AD, UK

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,412.53

---

**3.19** Nonpriority creditor's name and mailing address

Dotted Line Communications, LLC

1047 Moraga Drive, Los Angeles, CA 90049

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,108.35

---

**3.20** Nonpriority creditor's name and mailing address

Equinox Fitness Clubs

PO Box 1774, New York, NY 10156-1774

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,960.00

---

**3.21** Nonpriority creditor's name and mailing address

Fiercemarkets Inc.

PO Box 504166 Suite 400, St Louis, MO 63150-4166

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,750.00

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|--------|-------------|------------------------|------------------|
|        | Name        |                        |                  |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Flight Centre UK Ltd.

6th Floor, CL Tower St. George Square High Street New Malden,
Surrey KT3 4TE, U.K.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 923.78

---

**3.23** Nonpriority creditor's name and mailing address

Ga-Type

181 Merton Road Wimbledon, London, SW19 1EE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$546.24

---

**3.24** Nonpriority creditor's name and mailing address

GOWITHTHEFLOW

12 Kingfisher Heights, Watersideway, London N17 9GL, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 732.78

---

**3.25** Nonpriority creditor's name and mailing address

Herning, Oliver

1212 Willomar Drive, San Jose, CA 95118

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.26** Nonpriority creditor's name and mailing address

Hixson Nagatani

4655 Old Ironsides Drive Suite 420, Santa Clara, CA 95054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$12,949.41

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

i2 Office

Luminous House, 300 South Row, Milton Keynes MK9 2FR, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$2,538.72

---

**3.28** Nonpriority creditor's name and mailing address

Information Security Media Group Corp

902 Carnegie Center Suite 430, Princeton, NJ 08540

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$1,788.75

---

**3.29** Nonpriority creditor's name and mailing address

Intelligent Environments Europe

Riverview House 20 Old Bridge Street upon Thames, Surrey KT1 4BU, UK

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$5,418.15

---

**3.30** Nonpriority creditor's name and mailing address

Jump Start Technology, Inc.

2375 Gabriel Avenue, Mountain View, CA 94040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$2,643.10

---

**3.31** Nonpriority creditor's name and mailing address

LinkedIn

62228 Collections Center Drive, Chicago, IL 60693-0622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$25,532.56

---

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | **Nonpriority creditor's name and mailing address**

Marketo, Inc.

901 Mariners Island Blvd Suite 200, San Mateo, CA 94404

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,010.88

---

**3.33** | **Nonpriority creditor's name and mailing address**

Monotype

25 Northwest Point Blvd., Suite 525, Elk Grove Village, IL 60007

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.34** | **Nonpriority creditor's name and mailing address**

Morgan Lewis Law

PO Box 79356, City of Industry, CA 91716-9356

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,156.30

---

**3.35** | **Nonpriority creditor's name and mailing address**

National Research Corporation

10 East 40th Street 10th Floor, New York, NY 10016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 543.00

---

**3.36** | **Nonpriority creditor's name and mailing address**

NCS Commercial Recovery LLC

PO Box 50276, Sarasota, FL 34232

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.70

---

Debtor __Jumio, Inc._____
Name

Case number (if known) __16 - 10682 (BLS)_____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.37** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $1,071.08 |

**3.37** Nonpriority creditor's name and mailing address

Pageant Gaming Media Limited

Thavies Inn House 3-4, Holborn Circus, London EC1N 2HA, UK

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,071.08

---

**3.38** Nonpriority creditor's name and mailing address

Plant Manning

1134 Crane St., #216, Menlo Park, CA 94025

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 870.00

---

**3.39** Nonpriority creditor's name and mailing address

Polaris Building Maintenance, Inc.

2580 Wyandotte Street, Suite E, Mountain View, CA 94043-2315

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 957.17

---

**3.40** Nonpriority creditor's name and mailing address

ProExhibits

48571 Milmont Drive, Fremont, CA 94538

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 474.00

---

**3.41** Nonpriority creditor's name and mailing address

R.R. Donnelley

35 West Wacker Drive, Chicago, IL 60601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 57,720.80

---

Debtor __Jumio, Inc._____     Case number (if known) __16 - 10682 (BLS)__
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42 Nonpriority creditor's name and mailing address**

Rabbit Office Automation

904 Weddell Ct., Sunnyvale, CA 94089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 455.99

---

**3.43 Nonpriority creditor's name and mailing address**

Reiben, Kara

1135 Emerson, Palo Alto, CA 94301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,925.25

---

**3.44 Nonpriority creditor's name and mailing address**

Retail Knowledge

81 Oxford Street, London W1D 2EU, UK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,193.24

---

**3.45 Nonpriority creditor's name and mailing address**

Ring Central

ATTN: Accounting Dept CH 19585, PALATINE, IL 60055-9585, USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,006.41

---

**3.46 Nonpriority creditor's name and mailing address**

Ring Central UK

Ealing Cross 85 Uxbridge Road, LONDON EC2 & 5AJ, UK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.37

---

| Debtor | Jumio, Inc. | Case number (if known) 16 - 10682 (BLS) |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.47 Nonpriority creditor's name and mailing address
Roni Raulwing

PO Box 2901, Saratoga, CA 95070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 90.00

### 3.48 Nonpriority creditor's name and mailing address
Salesforce.com, Inc.

PO Box 203141, Dallas, TX 75320-3141

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 138,000.00

### 3.49 Nonpriority creditor's name and mailing address
Shell-Clad

Worth Farm, Worth Lane, Little Horsted, East Sussex TN22 5TT, UK

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 93.98

### 3.50 Nonpriority creditor's name and mailing address
SkyParlour Ltd

19 Spring Gardens, Manchester M2 1FB, UK

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 25,790.04

### 3.51 Nonpriority creditor's name and mailing address
Sterling Backcheck

8th Floor Alexandra House 1 Alexandra House Road, Swansea SA1 5ED, UK

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 480.00

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. — **Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 66.50 |
|---|---|---|---|
| | Sterling Health | ☐ Contingent ☐ Unliquidated ☐ Disputed ☐ Liquidated and neither contingent nor disputed | |
| | 475 14th Street Suite 650, Oakland, CA 94612 | | |
| | | **Basis for the claim:** Services | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 270.91 |
|---|---|---|---|
| | Sunborn Gibraltar Resort Limited | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 35 Ocean Village Promenade, Ocean Village, Gibraltar GX11 1AA, UK | | |
| | | **Basis for the claim:** Services | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 783.28 |
|---|---|---|---|
| | SYSOMOS | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | PO Box 845062, Los Angeles, CA 90084-5062 | | |
| | | **Basis for the claim:** Services | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 393.68 |
|---|---|---|---|
| | The Robots | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 2247A Old Middlefield Way, Mountain View, CA 94043 | | |
| | | **Basis for the claim:** Services | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 3,318.53 |
|---|---|---|---|
| | theflow.cc | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Schulz-Strassnitzki-Gasse 5/18, 1090  Vienna, Austria | | |
| | | **Basis for the claim:** Services | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** __ __ __ __ | | |

| Debtor | Jumio, Inc. | Case number (if known) | 16 - 10682 (BLS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

TINDERBOX

54 Monument Circle Suite # 700, Indianapolis, IN 46204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,583.33

---

**3.58** Nonpriority creditor's name and mailing address

U.S. Securities and Exchange Commission

44 Montgomery St., Ste 2800, San Francisco, CA 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.59** Nonpriority creditor's name and mailing address

UBM Information Ltd

Ludgate House, 245 Blackfriars Road, London SE1 9UY, UK

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,000.00

---

**3.60** Nonpriority creditor's name and mailing address

VCORP Services, LLC

25 Robert Pitt Drive  Suite 204, Monsey, NY 10952

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 205.00

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ _____

---

Debtor     Jumio, Inc.
                    Name                                    Case number (if known)   16 - 10682 (BLS)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $   Unknown |
| 5b. **Total claims from Part 2** | 5b.  **+** | $   542,623.50 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   542,623.50 |

**Fill in this information to identify the case:**

Debtor name ___Jumio, Inc.___

United States Bankruptcy Court for the District of ___Delaware___

Case number (If known): ___16 - 10682 (BLS)___          Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **See Exhibit to Schedule G** The Exhibit to Schedule G schedules the contracts and leases to which the Debtor are a party. The Debtor's inclusion of a contract or lease in Exhibit G shall not constitute acknowledgment or admission that any of the listed contracts are executory in nature. The Debtor reserves the right to modify, amend and supplement this list. Please see the Global Notes and Notes to the Statement of Assets and Liabilities. |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Vendor services agreements | | |
|---|---|---|
| Counterparty | Description | Agreement date |
| Accretive Solutions, Inc. | Service Agreement | |
| Accuant (CSSN) | Service Agreement | |
| AFCO | Premium financing agreement | 5/19/2015 |
| AMBERJACKB2B | Product service agreement | 1/16/2015 |
| AON Risk Services | Benefits Broker/Agent Agreement | 11/14/2012 |
| Armanino | Service Agreement | 9/13/2013 |
| BambooHR, LLC | HR information management software | |
| Blue Rocket | Professional Services Agreement for Consulting | 9/8/2014 |
| CALIBRE ONE INC | Recruitment agreement for executive search | 9/24/2015 |
| Cirrus Insight | License Agreement | 9/30/2015 |
| Contentive | Service Agreement | |
| Digital Benefits Advisors | Employee benefits provider | 9/18/2013 |
| Digital Gurus Recruitment | Service Agreement | |
| DocuSign | Subscriber services agreement | 8/14/2015 |
| Dot Media | Service Agreement | |
| Dotted Line Communications, LLC | Public Relations Services agreement - US | 10/1/2012 |
| Dovetail | Service Agreement | |
| Editalis SA | Service Agreement | |
| Elite SEM | Service Agreement | |
| Employment Contractor Services Inc | Service Agreement | |
| Equinox Fitness Clubs | Gym membership - US | 2/18/2016 |
| Eyeful Presentations | Service Agreement | |
| FIERCEMARKETS, INC. | Marketing consulting agreement | |
| FLIGHT CENTRE UK LTD | Vendor services agreement | |
| G3 Communications | Service Agreement | |
| HYLITE MARKETING INC. | Professional services agreement | 7/31/2014 |
| i2 Office | UK Lease agreement | 11/1/2015 |
| Infoanalytica Inc | Service Agreement | |
| Informa Telecoms & Media Group | Service Agreement | |
| INFORMATION SECURITY MEDIA GROUP | Vendor services agreement | |
| InsideView Technologies, Inc. | Service Agreement | |
| J Sagar Associates | Professional services agreement | |
| JOBVITE INC. | Recruiting software usage rights | 9/25/2014 |
| JUMP START TECHNOLOGY, INC. | Professional Services Agreement - IT consulting | 11/1/2015 |
| Lambert Street Associates | US Lease agreement | 6/20/2012 |
| LinkedIn | Product Service Agreement | 11/14/2015 |
| LinkedIn | Product Service Agreement | 10/2/2015 |
| LSA Global | Service Agreement | |
| Marketo, Inc. | Product subscription | 2/1/2016 |
| MCN ASSOCIATES LIMITED | Services agreement - Benefits consultant UK | 1/1/2015 |
| Merchant Risk Counsel | Service Agreement | |
| METLIFE - GROUP BENEFITS (DBA contrac | Benefits provider agreement | |
| Morgan, Lewis, Bocklus LLP | Professional services agreement | |
| NAPCOMEDIA | Service Agreement | |
| NetWorld Media | Vendor services agreement | 5/15/2014 |
| NUFFIELD HEALTH WELLBEING | Gym membership - UK | 2/1/2016 |
| Paychex | Payroll service provider | 10/10/2014 |
| Phocuswright Inc | Service Agreement | |
| RING CENTRAL | Telephone service | 7/28/2014 |
| RING CENTRAL UK | Telephone service | 5/2/2015 |
| ROA (Rabbit Office Automation) | Equipment Financing Lease - Printer | 5/18/2015 |
| Salesforce.com | Product Service Agreement | 1/26/2015 |

| | | |
|---|---|---|
| SJP Business Media | Service Agreement | |
| SkyParlour Ltd | Public Relations Services agreement - UK | 3/7/2016 |
| SourceMedia, LLC | Vendor services agreement | 9/15/2014 |
| Sparrow Media | Service Agreement | |
| Tech Forge Media | Service Agreement | |
| The Nielsen Company LLC | Service Agreement | |
| The Starr Conspiracy | Service Agreement | |
| Timetric (Financial News Publishing LTD) | Service Agreement | |
| Tinderbox | Service subscription agreement | 8/1/2015 |
| ToutApp | Services agreement | 12/5/2014 |
| TRANSAMERICA EMPLOYEE BENEFITS (D | Benefits provider agreement | |
| Transperfect Document Management Inc | Service Agreement | |
| Travelmole Limited LLC | Service Agreement | |
| True Influence LLC | Service Agreement | |
| Worldwide Business Research | Vendor services agreement | 8/1/2014 |

| Insurance agreements | | |
|---|---|---|
| Counterparty | Description | Agreement date |
| Federal Ins. Co. (Chubb) | Crime | 12/17/2015 |
| Federal Insurance Company | Worldwide Property | 6/2/2015 |
| Federal Insurance Company | Domestic Automobile Liability | 6/2/2015 |
| Federal Insurance Company | Worldwide Umbrella Liability | 6/2/2015 |
| Hiscox | Management Liability | 11/28/2015 |
| Indian Harbor Insurance Company | Technology Errors & Omissions | 3/19/2015 |
| QBE Ins. Corp. | Excess Technology Errors & Omissions | 3/19/2015 |
| The Hartford | Domestic Workers Compensation | 8/5/2015 |
| XL Specialty Ins. | Management Liability | 11/28/2015 |

| Intercompany agreements | | |
|---|---|---|
| Counterparty | Description | Agreement date |
| Goyanka Technologies Private Limited | Outsourcing Services agreement | 1/1/2012 |
| Jumio Software Development GmbH | Intellectual Property License | 1/1/2013 |
| Jumio Software Development GmbH | R&D Services Agreement | 1/1/2013 |

**Fill in this information to identify the case:**

Debtor name ___Jumio, Inc.___

United States Bankruptcy Court for the: ___Delaware___

Case number (If known): ___16 - 10682 (BLS)___

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Jumio, Inc.___

United States Bankruptcy Court for the: ___Delaware___

Case number *If known* ___16 - 10682 (BLS)___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/20/2016___
    MM / DD / YYYY

✖ _____
Signature of individual signing on behalf of debtor

___Matthew Foster___
Printed name

___Interim Chief Financial Officer___
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors    145