IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JMO WIND DOWN, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10682 (BLS)<br><br>Ref. Nos. 320 and 338 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to the above-captioned debtor and debtor-in-possession (the "Debtor") hereby certify as follows to the best of my knowledge, information and belief:

1. On August 17, 2016, the Debtor filed the (i) *Motion of the Debtor for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (VI) Granting Related Relief* [D.I. 320] (the "Motion");[2] (ii) *Plan of Liquidation of JMO Wind Down, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 318] (as may be amended, supplemented or modified, including all exhibits thereto, the "Plan") and (iii) *Disclosure Statement for the Plan of Liquidation of JMO Wind Down, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 319] (as amended from time to time and including all exhibits and supplements thereto, the "Disclosure Statement").

2. On August 31, 2016, the Court held a hearing on the Motion (the "Hearing"). After the Hearing, the Debtor, Mr. Saverin, Andreessen Horowitz Fund, II, L.P., the Official Committee of Equity Security Holders, and Bloso Investments, Ltd. (collectively, the "Parties")

---

[1] The last four digits of the Debtor's tax identification number are 6822. The Debtor's mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

[2] Except where otherwise indicated, capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

agreed to the inclusion of certain background information in the Disclosure Statement regarding the Global Settlement, which is attached hereto as **Exhibit A** (the "Amended Disclosure Statement"). A blackline against the Disclosure Statement submitted at the Hearing is attached hereto as **Exhibit B**.

3. The Amended Disclosure Statement was circulated to the Office of the United States Trustee, which does not object to the inclusion of this information.

4. Following the Hearing, the Plan was also revised consistent with the statements made on the record at the Hearing (the "Amended Plan"). A copy of the Amended Plan is attached hereto as **Exhibit C**. A blackline against the Plan submitted at the Hearing is attached hereto as **Exhibit D**.

5. The proposed form of order approving the Motion (the "Interim Approval and Procedures Order") was not changed following the Hearing.

6. Accordingly, the Debtor respectfully requests that the Court enter the Interim Approval and Procedures Order, which is attached hereto as **Exhibit E**, at its earliest convenience.

Dated: September 1, 2016
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       brown@lrclaw.com

*Counsel to the Debtor and Debtor-In-Possession*