UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JMO WIND DOWN, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10682 (BLS) |

## AFFIDAVIT OF SERVICE

I, Alejandro Soria, am employed in the county of Los Angeles, State of California. I hereby certify that on September 1, 2016, I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- Notice of (A) Interim Approval of the Disclosure Statement; (B) Combined Hearing to Consider Final Approval of the Disclosure Statement and Confirmation of the Plan and the Objection Deadline Related Thereto and (C) Rights to Opt-Out of the Third Party Releases Contained in the Plan [Docket No. 350]

- **Opt-Out Election Form [Docket No. 350]**

Dated: September 1, 2016

/s/ Alejandro Soria
Alejandro Soria
Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this __1__ day of __Sept.__, 20__16__, by Alejandro Soria, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Jennifer Castillo
Notary Public

JENNIFER MARLENE CASTILLO
Commission # 2085977
Notary Public - California
Los Angeles County
My Comm. Expires Oct 14, 2018

---

[1] The last four digits of the Debtor's tax identification number are 6822. The Debtor's corporate headquarters and the mailing address is 268 Lambert Avenue, Palo Alto, California 94306.

# **EXHIBIT A**

137 VENTURES II, LP
ATTN: ANDY LAZLO
49 GEARY ST. SUITE #500
SAN FRANCISCO, CA 94108

9 RAFFLES PLACE
ATTN: LEGAL DEPT.
#42-02 REPUBLIC PLAZA
SINGAPORE 048619
SINGAPORE

AH ANNEX FUND, L.P.
2875 SAND HILL ROAD, SUITE 101
MENLO PARK, CA 94025


AH PARALLEL FUND, L.P.
2875 SAND HILL ROAD, SUITE 101
MENLO PARK, CA 94025

ALEXANDER CHEW
27 BALMORAL ROAD #18-27
SINGAPORE 259808

ALLURE INVESTMENTS LP
9508 KINGS GATE CT
LAS VEGAS, NV 89145


ALLURE INVESTMENTS LP
ATTN: SETH URE
1512 RIDGE POINT DRIVE
BOUNTIFUL, UT 84010-1052

AMBERBROOK VI, LLC
122 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10017

AMPALU INVESTMENT GMBH
ATTN: DANIEL MATTES
LUNAPLATZ 5 4020 LINZ
AUSTRIA


AMPALU INVESTMENT GMBH
LUNAPLATZ 5 -10
4030 LINZ
AUSTRIA

ANDREAS BAUMANN
STEGLEITEN 17A
3400 KLOSTERNEUBURG
AUSTRIA

ANDREESESEN HOROWITZ FUND II, L.P.
2875 SAND HILL ROAD
MENLO PARK, CA 94025


ANDREESSEN HOROWITZ FUND II, L.P.
ATTN: SCOTT WEISS
2865 SAND HILL ROAD, SUITE 101
MENLO PARK, CA 94025

ANKIT GOYANKA
308-311, 3RD FLOOR, GEETANJALI TOWER
NEAR CIVIL LINES METRO STATION
AMJER ROAD, JAIPUR-302006
INDIA

ARTAR INTERNATIONAL LIMITED
C/O ADAM CRAWLEY
221 PINE STREET, 6TH FLOOR
SAN FRANCISCO, CA 94104


ATTILA GERGELY
RAIFFEISENWEG 24
A-4203 ALTENBERG BEI, LINZ
AUSTRIA

BENEDIKT SAGL
MUHLHAUFELGASSEE 43 RH 12
1220 VIENNA
AUSTRIA

BERND BINDREITER
ZEISIGSTRASSE 27
4614 MARCHTRENK
AUSTRIA


BERND SCHMIDLEITNER
KAPUZINERSTRASSE 32
LINZ A-4020
AUSTRIA

BETTINA WINTERS
FLAT 7, 22-24 BROMELLS ROAD
LONDON, SW4 0BG
UK

BJORN EVERS
ANGSVAGEN 5A
131 41 NACKA
SWEDEN


BLOSO INVESTMENTS
ATTN: BRIAN J LUCK
NEAN WEALTH ADVISORS 3A ST. MARKS PLACE
LONDON, W11 1NS
UNITED KINGDOM

BLOSO INVESTMENTS
ATTN: BRIAN J LUCK
SPORT VLAANDEREN
ARENBERGGEBOUW, ARENBERGSTRAAT 5
1000 BRUSSEL
BELGIUM

BRONSTEIN VENTURES
ATTN: FRED BRONSTEIN
650 MADISON AVENUE, 18TH FLOOR
NEW YORK, NY 10022


BRONSTEIN VENTURES, LLC
2711 CENTERVILLE RD, SUITE 400
WILMINGTON, DE 19808

BRONSTEIN, FREDERICK
650 MADISON AVENUE 18TH FLOOR
NEW YORK, NY 10022

BUTTONWOOD ALPHA FUND LLC
ATTN: STEPHAN STEIN
30 BROAD STREET, 11TH FLOOR
NEW YORK, NY 10004


BUTTONWOOD ALPHA QP FUND LLC
ATTN: STEPHAN STEIN
30 BROAD STREET, 11TH FLOOR
NEW YORK, NY 10004

BYUNG GON SUNG
21 DELTA ROAD
#13-01 DOMAIN 21, 169813
SINGAPORE

CELADON TECHNOLOGY FUND II, LLC
ATTN: RYAN STROUB
221 PINE STREET
SAN FRANCISCO, CA 94104


CHAD STARKEY
849 STARLITE LN.
LOS ALTOS, CA 94024

CHARLES PETER BRONSTEIN
650 MADISON AVENUE, 18TH FLOOR
NEW YORK, NY 10022

CHASM CAPITAL FUND MANAGEMENT LLC
ATTN: AKSHAY RUSTAGI
375 PARK AVENUE, SUITE 2607
NEW YORK, NY 10152

| | | |
|---|---|---|
| CHOKHAWALA FAMILY TRUST<br>ATTN: AMAR CHOKHAWALA<br>14920 VICKERY AVENUE<br>SARATOGA, CA 95070 | CHRISTINE CARIDI<br>600 E. CRESCENT AVE SUITE 295<br>UPPER SADDLE RIVER, NJ 07458 | CITIZEN VC<br>ATTN: JOSEPH DEMPSEY<br>3335 BIRCH ST<br>PALO ALTO, CA 94306 |
| CITIZEN.VC LLC<br>555 BRYANT STREET<br>PALO ALTO, CA 94301 | CITY VENTURES, INC.<br>ATTN: RAMNEEK GUPTA<br>260 HOMER AVE. SUITE #101<br>PALO ALTO, CA 94301 | EDUARDO SAVERIN<br>C/O 9 RAFFLES PLACE<br>#42-02 REPUBLIC PLAZA<br>SINGAPORE 048619<br>SINGAPORE |
| EMILIO DISANLUCIANO<br>3335 BIRCH STREET<br>PALO ALTO CA 94306 | EVERS INVEST AB<br>ATTN: BJORN EVERS<br>ÄNGSVÄGEN 5A 131<br>41 NACKA<br>STOCKHOLMS LÄN<br>SWEDEN | FRANK MAZZOLA<br>600 E. CRESCENT AVE SUITE 295<br>UPPER SADDLE RIVER, NJ 07458 |
| FREDERICK BRONSTEIN<br>200 EAST 72ND STREET<br>NEW YORK, NY 10021 | GREGOR FAMIRA<br>BARMHERZIGENGASSE 11<br>1030 VIENNA<br>AUSTRIA | GRUBAUER, ALEXEY<br>STÄTTERMAYERGASSE 28-30<br>1150 WIEN<br>AUSTRIA |
| HELMUT JUSKEWYCZ<br>BACHLBERGWEG 61<br>4040, LINZ<br>AUSTRIA | HELMUT MAURERBAUR<br>AMBROSIUSWEG 7<br>4501 NEUHOFEN/KREMS<br>AUSTRIA | J TECH HOLDINGS, LLC<br>130 DESIARD STREET, SUITE 509<br>MONROE, LA 71201 |
| J TECH HOLDINGS, LLC<br>ATTN: SETH URE<br>1512 RIDGE POINT DRIVE<br>BOUNTIFUL, UT 84010-1052 | JAMES ELI BRONSTEIN<br>650 MADISON AVENUE, 18TH FLOOR<br>NEW YORK, NY 10022 | JASMINDER SINGH<br>1 POLK ST<br>UNIT 1202<br>SAN FRANCISCO, CA 94102 |
| JOE DEMPSEY<br>3335 BIRCH STREET<br>PALO ALTO, CA 94306 | JOHAN PENZENSTADLER<br>RAPPETSEDERWEG 23<br>4040, LINZ | JOHN BIVONA<br>600 E. CRESCENT AVE SUITE 295<br>UPPER SADDLE RIVER, NJ 07458 |
| JOSEPH DEMPSEY<br>2 TREFOIL PASS<br>WEST ORANGE, NJ 07052 | KASTENHOFER, THOMAS<br>NEUSECHOENAUER HAUPTSTRASSE 36<br>4400 STEYR<br>AUSTRIA | KLAUS UNGER<br>MUENZGASSE 3/40<br>1030 VIENNA<br>AUSTRIA |
| KTI PRIVATSTIFTUNG<br>NEUSECHOENAUER HAUPTSTRASSE 36<br>4400 STEYR<br>AUSTRIA | LATHAM & WATKINS, LLP<br>ATTN: PETER M. GILHULY<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 | LIBER ARGENTUM ASSOCIATES LLC<br>ATTN: JOHN BIVONA<br>17TH STREET 5TH FLOOR<br>NEW YORK, NY 10004 |
| LIBER ARGENTUM ASSOCIATES, LLC<br>ATTN: JOHN V. BIVONA, ESQ.<br>200 PARK AVE. SUITE 1700<br>NEW YORK, NY 10166-0001 | MAARTEN LINTHORST<br>MUTZMALENSTRASSE 30<br>CH-8712 STAEFA<br>SWITZERLAND | MARC BARACH<br>1601 LEIMERT BLVD.<br>OAKLAND, CA 94602 |
| MARKUS FLANDORFER<br>A-2231 STRASSHOF AN DER NORDBAHN<br>DR STANISLAUS NIGL STRASSE 1-15/HAUS 17<br>AUSTRIA | MARKUS RUMLER<br>ANZBACHGASSE 77<br>A-1140 VIENNA<br>AUSTRIA | MARTIN EHRNHOEFER<br>DRASCHESTRASSE 24/HAUS 10<br>VIENNA 1230<br>AUSTRIA |

MATTHIAS SCHILLHUBER
268 LAMBERT AVE
PALO ALTO, CA 94306

MAZZOLA, FRANK
600 E. CRESCENT AVE SUITE 295
UPPER SADDLE RIVER, NJ 07458

MICHAEL ORLANDO
3968 WELSHLAND STREET
DANVILLE, CA 94506

MOKKAGOLD INTERNATIONAL LIMITED
C/O ADAM CRAWLEY
221 PINE STREET, 6TH FLOOR
SAN FRANCISCO, CA 94104

MYSORE INVESTMENTS LTD
ATTN: BRIAN J LUCK
NEAN WEALTH ADVISORS
3A ST. MARKS PLACE
LONDON, W11 1NS
UNITED KINGDOM

PATRICK GRIFFIN
136 GUERRERO STREET, APT 301
SAN FRANCISCO, CA 94103

PAUL MCCABE
5528 DEVON ROAD
BETHESDA, MD 20814

PHILIPP RAKUSCHAN
ABTSDORF 107
4864 ATTERSEE
AUSTRIA

PINNACLE VENTURES DEBT FUND III, L.P.
ATTN: ROBERT SAVOIE
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

PINNACLE VENTURES DEBT FUND III-A, L.P.
ATTN: ROBERT SAVOIE
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

PINNACLE VENTURES EQUITY FUND II, L.P.
ATTN: ARUN RAMAMOURTHY
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

PINNACLE VENTURES EQUITY FUND II, L.P.
ATTN: ROBERT SAVOIE
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

PINNACLE VENTURES EQUITY FUND II-O, L.P.
ATTN: ROBERT SAVOIE
1600 EL CAMINO REAL, SUITE 250
MENLO PARK, CA 94025

PRIMA CAPITAL GROUP
ATTN: ELIAS ARGYROPOULOS
1230 COAST VILLAGE CIR, SUITE E
SANTA BARBARA, CA 93108

PVDF III-LEGACY HOLDINGS, L.P.
ATTN: ROBERT SAVOIE
1600 EL CAMINO REAL
SUITE 250
MENLO PARK, CA 94025

RED DOT TRUST
ATTN: PENG TSIN ONG (TRUSTEE)
OFFICE 8, LEVERL 18-A, JL. HEND.
SUDIRMAN KAV 52-53, LOT 28, SCBD
JAKARTA 12190
INDONESIA

REINHARD HOCHRIESER
PILLWEINSTRASSE 7
4020 LINZ
AUSTRIA

ROBERT OSWALD
HAUPSTRASSE 31/7
2353 GUNTRAMSDORF
AUSTRIA

SAMIRANA INVESTMENT CORP.
ATTN: DANIEL MATTES
LUNAPLATZ 5
4020 LINZ
AUSTRIA

SHARESPOST 100 FUND
ATTN: SVEN WEBER
1370 WILLOW ROAD
MENLO PARK, CA 94025

SHURZ INVESTMENT AND CONSULTING GMBH
ATTN: HARALD SCHUERZ
MARC-AUREL-STRASSE 10/16
1010 VIENNA
AUSTRIA

STEPHAN SKROBAR
ZAUCHEN 68
8983 BAD MITTERNDORF
AUSTRIA

STEVEN SOLER
600 E. CRESCENT AVE SUITE 295
UPPER SADDLE RIVER, NJ 07458

SUSAN DIAMOND
4793 ESEDRA COURT #301
LAKE WORTH, FL 33467

THOMAS JUNGREITHMEIR
PALAIS COLLALTO
AM HOF 13/STIEGE2/DACHGESCHOSS
A-1010 VIENNA
AUSTRIA

THOMAS KRUMP
HUNDSHAMERSTRABE 82
4611 BUCHKIRCHEN
AUSTRIA

THOMAS WILLOMITZER
BUCHFELDGASSE 13/11
1080 VIENNA
AUSTRIA

TIBCO SOFTWARE
ATTN: ALEX KOLAR
3303 HILLVIEW AVENUE
PALO ALTO, CA 94304

TIBCO SOFTWARE INC.
3303 HILLVIEW AVENUE
PALO ALTO, CA 94304

TJP ADVISORY & MANAGEMENT SVCS GMBH
ATTN: THOMAS JUNGREITHMEIR
PALAIS COLLALTO
AM HOF 13, STIEGE 2, DACHGESCHOSS
A-1010 VIENNA
AUSTRIA

TURNER INVESTMENT FUND XI, LLC
ATTN: TIM MCAFEE
2306 BRIARCLIFF COMMONS NE
ATLANTA, GA 30345

TURNER INVESTMENT FUND XI, LLC
C/O THE HOLCOMB LAW FIRM, LLC
ATTN: SCOTT HOLCOMB
3399 PEACHTREE ROAD NE, SUITE 400
ATLANTA, GA 30326

VERONIKA FAMIRA
BARMHERZIGENGASSE 11
1030 VIENNA
AUSTRIA

| | |
|---|---|
| VIVEK KAUL<br>910 RICH AVE.,#2<br>MOUNTAIN VIEW, CA 94040 | WILLIAM BARKOW<br>52 SNEIDER RD.<br>WARREN, NJ 07059 |

Parties Served: 101