# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
# POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: JMO Wind Down, Inc.

Bank/Account No: East West-xx xx5034

Bankruptcy Number: 16-10682 (BLS)

Bank/Account No: Wilmington – xxxx2488

Reporting Period (month/year): 10/26/16-12/31/16

Bank/Account No: Silicon Valley – xxxx1885 xxxx1035 – xxxx3293 – xxxx3285 – xxxx-3277

Date of Confirmation: 10/26/2016

Account Type: Checking

Beginning Cash Balance: $ 0.00

All receipts received by the debtor:

| | |
|---|---|
| Transfer from Debtor: | $ 2,674,831.37 |
| Refunds | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 2,674,831.37 |
| Total of cash available: | $2,674,831.37 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 1,308,242.02 |
| All other disbursements made in the ordinary course: | $ 22,691.36 |
| Total Disbursements | $1,330,933.38 |
| Ending Cash Balance | $ 1,343,897.99 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2-28-17

Date

Trustee

Name/Title

{1086.003-W0045854.}

Debtor: JMO Wind Down, Inc. Case Number: 16-10682 (BLS)

| ASSETS | October 26, 2016 – December 31, 2016 |
|---|---|
| Cash (Unrestricted) | 910,513.99 |
| Cash (Restricted) | 433,384.00 |
| Accounts Receivable (Net) | |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other Assets | Unliquidated* |
| *Total Current Assets* | 1,343,897.99, plus Unliquidated Amounts* |
| Property, Plant & Equipment | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, Fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| *Total Property, Plant & Equipment* | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| ***Total Assets*** | 1,343,897.99, plus Unliquidated Amounts* |
| **LIABILITIES NOT SUBJECT TO COMPROMISE (POSTPETITION LIABILITIES)** | |
| Accounts Payable | |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | |
| Secured Debt | See Note ** |
| Due to Affiliates & Insiders | |
| Other (Attach List) | |
| *Total Postpetition Liabilities* | |
| **LIABILITIES SUBJECT TO COMPROMISE (PREPETITION LIABILITIES)** | |
| Secured Debt - Per Plan | See Note** |
| Admin./Priority Debt – Per Plan | 21,786.00 |
| Unsecured Debt - Per Plan | 433,384.00 |
| Other Liabilities- Per Plan | See Note** |
| *Total Prepetition Liabilities* | 455,170.00, plus certain Additional Liabilities** |
| ***Total Liabilities*** | 455,170.00, plus the Additional Liabilities** |

| **EQUITY** | |
|---|---|
| Common Stock | |
| Net Income (Deficit) | 910,513.99 |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | 1,343,897.99 |

Note: Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the *Second Amended Plan of Liquidation of JMO Wind Down, Inc. Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 433] (the "Plan").

* The Liquidating Trust Assets include, among other things, the Retained Causes of Action and all proceeds thereof, which are unliquidated as of this time (collectively, the "Unliquidated Amounts").

**Pursuant to the Global Settlement set forth in the Plan, the DIP Claims ($2,328,538), the Saverin Administrative Claim ($300,000), and the Prepetition Secured Notes Claims ($15,939,009) (collectively, the "Additional Liabilities") were consensually subordinated to the payment of all Allowed Unimpaired Claims. To the extent there are proceeds from the prosecution of claims and Retained Causes of Action, such Additional Liabilities shall be satisfied pursuant to the terms of the Plan and the Global Settlement contained therein.