**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JMO WIND DOWN, INC.,[1] | Case No. 16-10682 (BLS) |
| Debtor. | **Ref. Docket No. 585** |

**ORDER GRANTING MOTION OF NON-FOUNDER CIVIL ACTION DEFENDANTS (I) TO ENFORCE THE PLAN, CONFIRMATION ORDER, AND SALE ORDER AND (II) TO ENJOIN PLAINTIFF FROM PROSECUTING CERTAIN CLAIMS OF THE CIVIL ACTION AND SIMILAR CLAIMS IN OTHER FORUMS**

Upon consideration of (a) the Motion of Eduardo Saverin, Peng-Tsin Ong, Scott Weiss, Andreessen Horowitz, LLC, Andreessen Horowitz Fund, II, L.P., and Stephen Stuut (i) to enforce the Plan, Confirmation Order and Sale Order and (ii) to order Plaintiff to dismiss the Civil Action and enjoin, bar and/or estop Plaintiff from prosecuting the Civil Action and similar claims and causes of action in other forums (the "**Motion**"), and (b) the limited joinders to the Motion filed by each of Daniel Mattes ("**Mattes**"), Thomas Kastenhofer, Chad Starkey and the Liquidating Trust[2]; and in accordance with the Opinion on the Motion filed by the Court on April 13, 2018 [Docket No. 649], the Court finds that:  (i) it has jurisdiction over the matters raised in the Motion; (ii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334 upon which this Court may issue a final order; (iii) notice of the Motion and any hearing thereon was sufficient, proper, and adequate; and (iv) upon the record herein and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, the Court hereby ORDERS that:

1.      The Motion is GRANTED as set forth herein; and

---

[1]      The last four digits of the Debtor's tax identification number are 6822.

[2]      Defined terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2.      Plaintiff shall promptly take all necessary action, at its sole cost and expense, to effectuate the dismissal with prejudice of the following Counts in the Civil Action, currently pending in the Delaware Court of Chancery:  (i) Counts I, III, VI, VIII, and IX as to all of the Defendants[3] and (ii) Counts IV, V and VII as to all of the Defendants other than Mattes; and

3.      Plaintiff is enjoined, barred and estopped from asserting, enforcing or prosecuting (i) Counts I, III, VI, VIII, and IX in the Civil Action (whether in the Delaware Chancery Court or any other forum) as to all of the Defendants and (ii) Counts IV, V and VII in the Civil Action (whether in the Delaware Court of Chancery or any other forum) as to all of the Defendants other than Mattes; and

4.      Nothing in this Order shall prejudice Plaintiff's right to timely pursue an appeal of this Order; and

5.      The Court shall retain exclusive jurisdiction over all matters arising out of, and related to, this Order.

Dated: April 30, 2018
       Wilmington, Delaware

_____
HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[3] The term "Defendants" as defined in this Order refers to all defendants named in the Verified Amended Complaint in the Civil Action.